```
UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
       CIVIL DOCKET ENTRIES FOR CASE A01-0378--CV (RRB)
               "USA V CLARENCE ABELDGAARD ET AL"
```

Including terminated parties, excluding terminated counsel

```
    Presiding Judge:  The Honorable Ralph R. Beistline, U.S. District Judge
    Magistrate Judge:
      Referral Rule:
              Filed: 12/21/01
             Closed: NO

       Jurisdiction: (1) U.S. Plaintiff
      PLF Diversity:
      DEF Diversity:

     Nature of Suit: (893) Environmental Matters
                    33 USC 1319(B)(D)
             Origin: (1) Original Proceeding
             Demand:
         Filing fee: Waived
           Trial by: Jury
```

Parties of Record:                                Counsel of Record:

PLF 1.1             UNITED STATES OF AMERICA          Richard L. Pomeroy
                                                     U.S. Attorney's Office
                                                     222 W. 7th Avenue, #9
                                                     Anchorage, AK 99513-7567
                                                     907-271-5071

                                                     Robert H. Foster
                                                     Department of Justice
                                                     Environmental Defense Section
                                                     999 18th Street, Ste 945
                                                     Denver, CO 80202
                                                     303-312-7320
                                                     FAX 303-312-7331

                                                     Mark A. Nitczynski
                                                     U.S. Department of Justice
                                                     999 18th Street
                                                     Suite 945 North Tower
                                                     Denver, CO 80202
                                                     303-312-7388
                                                     FAX 303-312-7331

DEF 1.1             ABELDGAARD, CLARENCE              Clarence E. Abeldgaard
                                                     Pro Per
                                                     POB 891
                                                     Homer, AK 99603
                                                     907-399-1700
                                                     FAX 907-235-1065

DEF 2.1             OCEANVIEW ENTERPRISES INC         Clarence E. Abeldgaard
                                                     (see above)

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
CIVIL DOCKET PARTY INFORMATION FOR CASE A01-0378--CV (RRB)
"USA V CLARENCE ABELDGAARD ET AL"

Including terminated parties, excluding terminated counsel

| Parties of Record: | | Counsel of Record: |
|---|---|---|
| DEF 3.1 | MOSER, CLOYD | Lawrence V. Albert<br>POB 200934<br>Anchorage, AK 99520<br>907-243-2172 |
| DEF 4.1 | MODEB INVESTMENTS | Lawrence V. Albert<br>(see above) |
| DEF 5.1 | BARLING, GERALDINE | Darryl L. Thompson<br>841 I Street<br>Anchorage, AK 99501<br>907-272-9322 |

```
                    UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                         CIVIL DOCKET ENTRIES FOR CASE A01-0378--CV (RRB)
                              "USA V CLARENCE ABELDGAARD ET AL"

                                      For all filing dates


  Presiding Judge:  The Honorable Ralph R. Beistline, U.S. District Judge
 Magistrate Judge:
    Referral Rule:
            Filed: 12/21/01
           Closed: NO

     Jurisdiction: (1) U.S. Plaintiff
    PLF Diversity:
    DEF Diversity:

   Nature of Suit: (893) Environmental Matters
                  33 USC 1319(B)(D)
           Origin: (1) Original Proceeding
           Demand:
       Filing fee: Waived
         Trial by: Jury


Document #    Filed      Docket text

     1 -  1   12/21/01   Complaint filed.

  NOTE -  1   01/03/02   Issued: summons re: DEF 1 & 2.

     2 -  1   01/10/02   Return of Service Executed re D1, 1/7/02

     3 -  1   01/10/02   Return of Service Executed re D2, 1/7/02

     4 -  1   01/24/02   DEF 1-2 Attorney Appearance of Charles E. Tulin.

     5 -  1   01/24/02   DEF 1-2 Answer to Complaint.

     6 -  1   01/24/02   DEF 1-2 Jury Demand.

     7 -  1   01/28/02   HRH Minute Order re: initial case stat rpt/case S&P; Rule 16(b) rpt is
                         due w/i 21 days. cc: cnsl

     8 -  1   02/19/02   PLF 1; DEF 1-2 Joint Initial Case Status Report and discovery plan.

     9 -  1   02/28/02   HRH Scheduling and Planning Order setting pretrial deadlines: Original
                         discovery 12/31/02; Dispositive motions deadline 01/30/03; Estimate of
                         trial by jury re some issues & court as to other issues 5 days. cc: cnsl

    10 -  1   05/31/02   HRH Minute Order that by agreement of the judges this case is reassigned
                         to Judge Beistline for all further proceedings.  cc: cnsl, Judge
                         Beistline

    11 -  1   06/28/02   PLF 1 Attorney Appearance of Robert H. Foster.

    12 -  1   07/17/02   PLF 1 Notice of lis pendens w/att declaration

    13 -  1   07/19/02   DEF 1-2 motion for withdrawal by attorney by consent

    13 -  2   07/22/02   RRB Order granting motion for withdrawal by attorney by consent (13-1);
                         all docs to be served on C.E. Abeldgaard. cc: cnsl, C.E. Abeldgaard

    14 -  1   07/23/02   RRB Minute Order that per LR 83.1(e)(2); D2 has to 8/23/02 to secure
                         appropriate representation. cc: cnsl
```

```
                   UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                          CIVIL DOCKET ENTRIES FOR CASE A01-0378--CV (RRB)
                                "USA V CLARENCE ABELDGAARD ET AL"

                                         For all filing dates

Document #    Filed      Docket text


   15 -  1    07/30/02   PLF 1; DEF 1 Unopposed motion to amend complaint to add a party w/att
                         first amended complaint.

   16 -  1    07/30/02   PLF 1; DEF 1 motion for shortened time to rule on unopposed motion to
                         amend complaint w/att declaration.

   17 -  1    07/30/02   RRB Order granting motion for shortened time to rule on unopposed motion
                         to amend complaint (16-1).   cc: cnsl

   18 -  1    07/30/02   RRB Order granting motion Unopposed motion to amend complaint to add a
                         party (15-1).   cc: cnsl

   19 -  1    07/30/02   PLF 1 First (Amended) Complaint.

   20 -  1    07/31/02   DEF 1 motion for settlement conference.

 NOTE -  2    08/16/02   Issued: summons re: DEF 3 & 4.

   21 -  1    08/16/02   PLF 1 opposition to DEF 1 motion for settlement conference (20-1)

   22 -  1    08/27/02   PLF 1 Return of Service Executed re: DEF 4  on 8/16/02.

   23 -  1    08/27/02   PLF 1 Return of Service Executed re: DEF 3 on 8/16/02.

   24 -  1    08/27/02   DEF 3-4 Answer to Complaint (reply to summons).

   25 -  1    09/03/02   RRB Minute Order re: a status conference is set for 9/23/02 at 1:30
                         p.m..   cc: cnsl

   26 -  1    09/03/02   PLF 1 motion to compel responses to discovery w/att exhs.

   27 -  1    09/17/02   PLF 1 motion on shortened time to participate in status conference set
                         9/23/02 telephonically.

   28 -  1    09/18/02   RRB Order granting motion on shortened time to participate
                         telephonically in status conference set 9/23/02 (27-1).   cc: cnsl

   29 -  1    09/24/02   RRB Court Minutes [ECR: Debby Willoughby-Lyons], Status conference held
                         9/23/02.  Plf cnsl will file a motion re: scheduling of the case for
                         trial & may file a mot to compel.  Def Abeldgaard has not retained
                         counsel.  Def Abeldgaard may participate telephonically for future
                         hearings, court will set future status hearing as needed.  cc: cnsl

   30 -  1    09/30/02   PLF 1 Witness List.

   31 -  1    10/16/02   Transcript re: status conf held 9/23/02.

   32 -  1    10/16/02   PLF 1 Unopposed motion to revise dates in S&P order; close od discovery
                         3/15/03, dispositive mots due 4/15/03.

   33 -  1    10/18/02   RRB Order granting motion Unopposed motion to revise dates in S&P order;
                         close od discovery 3/15 (32-1) & setting the following dates: Discovery
                         to close 03/15/03; Dispositive motions deadline 04/15/02.   cc: cnsl

   34 -  1    10/22/02   PLF 1 motion (second) to compel responses to discovery w/att exhs.

   35 -  1    11/14/02   RRB Order granting motion (second) to compel responses to discovery
                         (34-1).   cc: cnsl
```

```
                    UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                         CIVIL DOCKET ENTRIES FOR CASE A01-0378--CV (RRB)
                                "USA V CLARENCE ABELDGAARD ET AL"

                                      For all filing dates

Document #     Filed      Docket text


  36 -    1   11/15/02   PLF 1 Status Report.

  37 -    1   11/19/02   RRB Minute Order that further stat rpt due by 3/15/03. cc: cnsl

  38 -    1   01/06/03   PLF 1 Unopposed motion to extend date until 3/1/03 disclosure of experts
                         and expert reports.

  39 -    1   01/08/03   RRB Order granting unopposed motion to extend date until 3/1/03
                         disclosure of experts and expert report on financial issues (38-1).  cc:
                         cnsl

  40 -    1   02/05/03   PLF 1 Unopposed motion to partially revise two dates in the litigation
                         schedule; discovery until 4/1/03 & to extend completing the depositions
                         of C. Abeldgarrd until 3/15/03 & to extend the date for disclosure of
                         experts  & expert reports until 4/1/03.

  41 -    1   02/05/03   RRB Order granting unopposed motion to partially revise two dates in the
                         litigation schedule (40-1). Fact discovery deadline is extended until
                         3/15/03 & deadline for disclosure of experts and expert reports on
                         financial issues is 04/01/03.  cc: cnsl

  42 -    1   03/12/03   PLF 1 Unopposed motion to extend date until 5/1/03 for expert reports on
                         financial issues and until 6/1/03 to file dispositive mots, mots in
                         limine and expert discovery mots.

  43 -    1   03/14/03   RRB Order granting unopposed motion to extend dates for expert reports
                         on financial issues and for filing of dispositive motions by 6/1/03
                         (42-1).  cc: cnsl

  44 -    1   03/17/03   PLF 1 motion to compel responses to discovery from defs C. Moser & Modeb
                         Investments w/att exhs.

  45 -    1   03/17/03   PLF 1 Second Status Report.

  46 -    1   04/09/03   RRB Minute Order granting motion to compel responses to discovery from
                         defs C. Moser & Modeb Investment (44-1).  cc: cnsl

  47 -    1   04/16/03   DEF 3 motion for clarification regarding order compelling discovery
                         w/att exh.

  48 -    1   04/16/03   DEF 3-4 Reply to settlement proposal.

  49 -    1   04/18/03   RRB Minute Order re: the court permits Mr. Moser to proceed on behalf of
                         MODEB Investments despite the fact LR 83.1(f)(2) requires representation
                         of legal counsel. Clarification of the court's order compelling
                         discovery is that partners may be held responsible for the acts or
                         failure to act of the partnership and for any liabiltiy incurred by the
                         partnership.  Partners are subject to discovery.  cc: cnsl

  50 -    1   05/22/03   DEF 1 Affidavit of C. E. Abeldgaard President of Oceanview Enterprises
                         Inc.

  51 -    1   06/02/03   PLF 1 motion for partial summary judgment w/att memo in support.

  52 -    1   06/02/03   PLF 1 Supplement re: Statement of facts in support of PLF 1 motion for
                         partial summary judgment (51-1) w/att exhs.
```

```
                   UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                        CIVIL DOCKET ENTRIES FOR CASE A01-0378--CV (RRB)
                              "USA V CLARENCE ABELDGAARD ET AL"

                                      For all filing dates


 Document #   Filed      Docket text

     53 -  1  06/16/03   DEF 3-4 opposition to PLF 1 motion for partial summary judgment (51-1)
                         w/att docs.

     53 -  2  06/16/03   DEF 3-4 motion to dismiss Modeb Investments from frivolous lawsuit.

     54 -  1  06/20/03   DEF 1-2 Unopposed motion for extension of time until 7/10/03 to file
                         response to plf's partial summary judgment.

     54 -  2  06/23/03   Order granting Unopposed motion for extension of time until 7/10/03 to
                         file response partial summary judgment (54-1).  cc: cnsl

     55 -  1  06/24/03   PLF 1 reply to DEF 3 and DEF 4 opposition to PLF 1 motion for partial
                         summary judgment (51-1) w/att exhs.

     55 -  2  06/24/03   PLF 1 opposition to DEF 3-4 motion to dismiss Modeb Investments from
                         frivolous lawsuit (53-2) w/att exhs.

     56 -  1  06/30/03   DEF 1-2 opposition to PLF 1 motion for partial summary judgment (51-1).

     56 -  2  06/30/03   DEF 1-2 motion to dismiss Oceanview Enterprises Inc., & C.E. Abeldgaard
                         from Frivolous Lawsuit.

     57 -  1  07/07/03   PLF 1 motion for preliminary injunctive relief to prevent imminent harm
                         w/att memo, decla and exhs.

     57 -  2  07/07/03   PLF 1 motion (request) for a telephonic status conference w/att memo,
                         decla and exhs.

     58 -  1  07/08/03   RRB Minute Order that defs have to 7/14/03 at 10:00 to file any opp to
                         mot for PI. cc: cnsl

     59 -  1  07/10/03   PLF 1 reply to DEF 1 and DEF 2 opposition to PLF 1 motion for partial
                         summary judgment (51-1) w/att exhs.

     59 -  2  07/10/03   PLF 1 opposition to DEF 1-2 motion to dismiss Oceanview Enterprises
                         Inc., & C.E. Abeldgaard from Frivolous Lawsuit (56-2) w/att exhs.

     60 -  1  07/14/03   DEF 1-2 (Faxed Copy) opposition to PLF 1 motion for preliminary
                         injunctive relief to prevent imminent harm (57-1).

     61 -  1  07/14/03   PLF 1 Notice of filing proposed orders re: motion for preliminary
                         injunction w/att proposed orders.

     62 -  1  07/15/03   DEF 1 Reply to US notice of filing proposed orders regarding mot for
                         preliminary injunction.

     63 -  1  07/16/03   RRB Minute Order a hearing on the governments motion for Preliminary
                         Injunctive Relief (dkt 57) is set for 7/21/03 at 10:00 a.m. in a
                         courtroom to be determined; granting motion (request) for a telephonic
                         status conference (57-2). cc: cnsl

     64 -  1  07/18/03   PLF 1 Attorney Appearance of M. Nitczynski.

     65 -  1  07/18/03   PLF 1 reply to opposition to PLF 1 motion for preliminary injunctive
                         relief to prevent imminent harm (57-1).
```

```
                 UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                      CIVIL DOCKET ENTRIES FOR CASE A01-0378--CV (RRB)
                          "USA V CLARENCE ABELDGAARD ET AL"

                                     For all filing dates


 Document #    Filed      Docket text

    66 -   1   07/21/03   RRB Court Minutes [ECR: Elisa Singleton] hrg re: plf's moton for
                          preliminary injunctive relief dkt 57 held 7/21/03.  D1's Summary
                          Analysis of Corps  Jurisdictional Determination, Lodged.  Order
                          requiring defs Abeldgaard and Oceanview to remove fill material to
                          prevent imminent harm signed.  Order requiring defs Abeldgaard and
                          Oceanview to construct a bridge at site of illegal fill signed.   cc:
                          cnsl

    67 -   1   07/21/03   RRB Order granting motion for preliminary injunctive relief to prevent
                          imminent harm (57-1) and order requiring defs Abeldgaard & Oceanview to
                          remove fill material to prevent imminent harm.  cc: cnsl

    68 -   1   07/21/03   RRB Order requiring defs Abeldgaard and Oceanview to construct a bridge
                          at site of illegal fill.  cc: cnsl

    69 -   1   07/24/03   DEF 3-4 opposition to PLF 1 motion for partial summary judgment (51-1).

    69 -   2   07/24/03   DEF 3-4 reply to opposition to DEF 3-4 motion to dismiss Modeb
                          Investments from frivolous lawsuit (53-2).

    70 -   1   07/30/03   DEF 1-2 Attorney Appearance of L. Albert.

    71 -   1   08/20/03   RRB Minute Order denying motion to dismiss Modeb Investments from
                          frivolous lawsuit (53-2), motion to dismiss Oceanview Enterprises Inc.,
                          & C.E. Abeldgaard from frivolous (56-2).  cc: cnsl

    72 -   1   08/21/03   RRB Order granting motion for partial summary judgment (51-1).  cc: cnsl

    73 -   1   08/27/03   RRB Order re: certification of readiness for trial; parties to certify
                          or file a report within 15 days from the date of this order. cc:cnsl

    74 -   1   08/27/03   DEF 3-4 Attorney Appearance of Lawrence V. Albert.

    75 -   1   09/02/03   PLF 1 motion for order to show cause.

    76 -   1   09/11/03   PLF 1 motion (Request) for status conference re: certificate of
                          readiness for trial.

    77 -   1   09/12/03   DEF 1-2 opposition to PLF 1 motion for order to show cause (75-1) w/att
                          unsigned declaration.

    78 -   1   09/12/03   DEF 1-2 Notice of filing unsigned declaration.

    79 -   1   09/23/03   RRB Minute Order granting motion (Request) for status conference re:
                          certificate of readiness for trial (76-1); set for 10/10/03 at 3:30. cc:
                          cnsl

    80 -   1   09/24/03   PLF 1 reply to opposition to PLF 1 motion for order to show cause
                          (75-1).

    81 -   1   10/06/03   PLF 1 Unopposed motion for change in time and/or date of 10/10/03 status
                          conference.

    82 -   1   10/08/03   RRB Minute Order granting unopposed mot for change in time and/or date
                          of  status conf (81-1); status conf set for 10/10/03 is VACATED & RESET
                          for 10/14/03 at 9:00 a.m. cc: cnsl


 ACRS: R_VDSDX                   As of 12/01/05 at 3:02 PM by GARRY                       Page 5
```

```
                    UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                         CIVIL DOCKET ENTRIES FOR CASE A01-0378--CV (RRB)
                               "USA V CLARENCE ABELDGAARD ET AL"

                                      For all filing dates


 Document #    Filed      Docket text

   83 -   1   10/14/03    RRB Court Minutes [ECR: Caroline Edmiston] Trial rescheduling conference
                          held 10/14/03.  Plf's oral motion to stay case pending further action
                          granted.  All matters in this case are held in abeyance until 12/5/03.
                          Parties to notify the court re: future action in this case.  cc: cnsl

   84 -   1   10/22/03    PLF 1 motion (notice and request) to require defs Abeldgaard and
                          Oceanview to monitor and take action  regarding illegal fill site 7L(6).

   85 -   1   10/24/03    RRB Order granting motion (notice and request) to require defs
                          Abeldgaard and Oceanview to monitor and take acton regarding illegal
                          fill site 7L(6) (84-1).  cc: cnsl

   86 -   1   12/05/03    PLF 1 Joint Status Report.

   86 -   2   12/05/03    PLF 1 motion (Request) to continue stay of litigation to allow the
                          parties to pursue settlement.

   88 -   1   12/11/03    RRB Order granting motion (Request) to continue stay of litigation until
                          2/3/04 to allow the parties to pursue settlement (86-2).  Parties to
                          file a status report by 2/3/04 if the case has not settled.  cc: cnsl

   87 -   1   12/12/03    Transcript re: hrg on plf's mot for prelim injunctive relief dkt #57 on
                          7/21/03.

   89 -   1   02/03/04    PLF 1 Joint Status Report.

   89 -   2   02/03/04    PLF 1 Joint request to continue stay of litigation until 3/12/04 to
                          allow the parties to pursue settlement.  Plf to file status rptby
                          3/12/03 re: progress of settlement.

   90 -   1   02/04/04    RRB Order granting motion Joint request to continue stay of litigation
                          until 3/12/04 to allow the parties settlement discussions to proceed
                          (89-2).   The parties to file a status report re settlement and
                          suggesting further proceeding by 3/12/04.  cc; cnsl

   91 -   1   03/12/04    PLF 1 Joint Report.

   91 -   2   03/12/04    PLF 1 motion (request) to continue stay of Litigation as to Moser and
                          Modeb.

   91 -   3   03/12/04    PLF 1 motion (request) for status conference as to Abeldgaard and
                          Oceanview.

   92 -   1   03/19/04    RRB Order granting motion (request) to continue stay of Litigation as to
                          Moser and Modeb to June 1, 2004 to allow those parties to pursue
                          settlement (91-2).  cc: cnsl

   93 -   1   03/19/04    RRB Minute Order granting motion (request) for status conference as to
                          Abeldgaard and Oceanview (91-3).  Status hearing is set for 4/1/04 at
                          9:00 a.m. in Courtroom #3.  Counsel or parties may participate
                          telephonically. cc: cnsl

   94 -   1   04/02/04    RRB Court Minutes [ECR: Denali Elmore] Status conference held 4/1/04.
                          Joint status report due w/in seven days.  cc: cnsl

   95 -   1   04/08/04    PLF 1; DEF 1-4 Joint Status Report and suggestion for further
                          proceedings as to Abeldgaard and Oceanview.

 ACRS: R_VDSDX                    As of 12/01/05 at 3:02 PM by GARRY                        Page 6
```

```
                    UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                          CIVIL DOCKET ENTRIES FOR CASE A01-0378--CV (RRB)
                                "USA V CLARENCE ABELDGAARD ET AL"

                                       For all filing dates

Document #   Filed      Docket text

    96 -  1  05/03/04   PLF 1 Status Report as to Abeldgaard and Oceanview.

    97 -  1  06/01/04   PLF 1 Joint Status Report re: negotiating settlement.

    97 -  2  06/01/04   PLF 1 motion to continue stay of litigation as to Moser and Modeb to
                        allow those parties to continue to pursue settlement.

    98 -  1  06/02/04   PLF 1 Status Report as to DEF 1-2.

    99 -  1  06/04/04   RRB Order granting motion to continue stay of litigation until 7/1/04 as
                        to Moser and Modeb to allow those parties to pursue settlement (97-2).
                        Stat rpt due 7/1/04.   cc: cnsl

   100 -  1  06/14/04   DEF 1 Notice of filing signed declaration of Clarence Abeldgaard,
                        unsigned version was attached as exh A to defs response to mot for order
                        to show cause.

   101 -  1  06/14/04   DEF 1-2 motion for withdrawal of counsel for C. Abeldgaard and Oceanview
                        Enterprises Inc.

   102 -  1  06/28/04   PLF 1 opposition to DEF 1-2 motion for withdrawal of counsel for C.
                        Abeldgaard and Oceanview Enterprises Inc. (101-1).

   103 -  1  06/29/04   DEF 1-2 Request for Oral Argument re: DEF 1-2 motion for withdrawal of
                        counsel for C. Abeldgaard and Oceanview Enterprises Inc. (101-1).

   104 -  1  06/29/04   PLF 1 Joint status report.

   104 -  2  06/29/04   PLF 1 motion (request) to continue stay of litigation as to Moser and
                        Modeb until 9/1/04 to allow those parties to continue to pursue
                        settlement.

   105 -  1  07/02/04   PLF 1 Status Report as to DEF 1 & DEF 2.

   106 -  1  07/13/04   RRB Minute Order that hrg re: mot for w/drawal fo cnsl (dkt 101) is set
                        8/6/04 at 8:30 a.m.; cnsl/parties needing to attend telephonically to
                        notify CMC at least 2 working days prior to hrg.   cc: cnsl

   107 -  1  07/30/04   RRB Order granting motion (request) to continue stay of litigation as to
                        Moser and Modeb until 9/1/04 (104-2).   cc: cnsl

   108 -  1  08/04/04   PLF 1 Status Report as to DEF 1 & 2.

   109 -  1  08/09/04   RRB Court Minutes [ECR: Caroline Edmiston] hrg on mot for w/drawl of
                        cnsl held 8/6/04.  Court granted motion for withdrawal of counsel for C.
                        Abeldgaard and Oceanview Enterprises (101-1).  Clarence Abeldgaard
                        allowed 30 days to obtain new attorney for case.  All future mailings to
                        be filed to Mr. Abeldgaard. cc: cnsl, C. Abeldgaard

   110 -  1  08/09/04   DEF 1-2 Consent to withdrawal as counsel.

   111 -  1  09/02/04   PLF 1 Joint Status Report re: parties pursuing settlement.

   111 -  2  09/02/04   PLF 1 motion (request) to continue stay of litigation as to Moser and
                        Modeb until 11/01/04 to allow parties to continue to pursue settlement.

   112 -  1  09/02/04   PLF 1 Status Report as to DEF 1 & 2.

ACRS: R_VDSDX                  As of 12/01/05 at 3:02 PM by GARRY                      Page 7
```

```
                    UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                         CIVIL DOCKET ENTRIES FOR CASE A01-0378--CV (RRB)
                                "USA V CLARENCE ABELDGAARD ET AL"

                                       For all filing dates


Document #    Filed     Docket text

  113 -   1  09/03/04   JKS Order granting motion (request) to continue stay of litigation as to
                        Moser and Modeb until 11/1/04 (111-2).  cc: cnsl

  114 -   1  09/10/04   RRB Minute Order denying as moot motion for order to show cause (75-1).
                        The matter is stayed pending Moser & Modeb settl negotiations and plf is
                        to proceed with discovery & dispositive mots as to def Abeldgaard.  cc:
                        cnsl

  115 -   1  10/05/04   PLF 1 Status Report as to DEF 1 & 2.

  116 -   1  11/01/04   PLF 1 11/1/04 Status Report as to Abeldgaard & Oceanview.

  117 -   1  11/01/04   PLF 1 Joint Report re: status.

  117 -   2  11/01/04   PLF 1 motion (Request) to continue stay of litigation as to Moser and
                        Modeb until 2/1/05 to allow the parties to continue to pursue
                        settlement.

  118 -   1  11/02/04   RRB Order granting motion (Request) to continue stay of litigation as to
                        Moser and Modeb until 2/1/05 to allow the parties to pursue settlement
                        (117-2).  The parties will file status reports on or around 12/1/04,
                        1/3/05 and either a consent decree or a status report by 2/1/05.  cc:
                        cnsl

  119 -   1  12/07/04   PLF 1; DEF 3-4 Joint Status Report as of 12/7/04.

  120 -   1  12/07/04   PLF 1 Status Report as to DEF 1 & 2.

  121 -   1  01/03/05   PLF 1; DEF 3-4 Joint Status Report as of 1/3/05.

  122 -   1  01/03/05   PLF 1 Status Report as to Abeldgaard and Oceanview.

  123 -   1  01/07/05   RRB Minute Order Status reports at dkt 121 and dkt 122 are accepted.  An
                        additional status report or settlement documents are due by 3/1/05.  cc:
                        cnsl

  124 -   1  03/01/05   PLF 1; DEF 3-4 Joint Status Report.

  125 -   1  03/01/05   PLF 1 Status Report re: DEF 1 & 2.

  126 -   1  03/07/05   RRB Minute Order the stay previously entered in this matter is continued
                        until 5/2/05.  cc: cnsl

  127 -   1  05/02/05   PLF 1; DEF 3-4 Joint Status Report.

  128 -   1  05/02/05   PLF 1 Status Report as to DEF 1 & DEF 2.

  129 -   1  05/10/05   PLF 1 Notice of lodging of proposed consent decree w/defs Moser & Modeb
                        Investments.

  130 -   1  06/15/05   PLF 1 Status Report re: DEF 1 & 2.

  131 -   1  06/27/05   PLF 1 motion for the court to enter consent decree with defendants Cloyd
                        Moser & MODEB INVESTMENTS.

  132 -   1  07/06/05   RRB Consent Decree w/defs Cloyd Moser & Modeb Investments &  granting
                        mot for crt to enter consent decree w/defs Cloyd Moser & Modeb

ACRS: R_VDSDX                  As of 12/01/05 at 3:02 PM by GARRY                       Page 8
```

```
               UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                     CIVIL DOCKET ENTRIES FOR CASE A01-0378--CV (RRB)
                            "USA V CLARENCE ABELDGAARD ET AL"

                                   For all filing dates

Document #    Filed      Docket text
_____    _____      _____

                         Investments (131-1). cc: cnsl

  133 -  1   08/15/05    DEF 3-4 motion for extension of time on site restoration.

  134 -  1   08/26/05    PLF 1 Status Report.

  135 -  1   08/31/05    RRB Minute Order re further status report &/or mot for SJ on remedy
                         issues as to DEF 1&2 due 9/30/05. cc: cnsl

  136 -  1   08/31/05    PLF 1; DEF 3-4 Jnt Stipulation to modify consent decree deadline for
                         Willow Planting.

  137 -  1   09/02/05    RRB Order granting as directed stipulation to modify consent decree
                         deadline for Willow Planting (136-1). cc: cnsl

  138 -  1   09/14/05    RRB Order granting motion for extension of time on site restoration no
                         later than 10/31/05 (133-1).  cc: cnsl

  139 -  1   09/30/05    PLF 1 motion to amend complaint to add Gerald Barling as a defendant
                         w/att exhs.

  140 -  1   10/04/05    DEF 3-4 motion for extension of time until 10/31/05 on conveyancing.

  141 -  1   10/06/05    RRB Order granting motion for extension of time until 10/31/05 on
                         conveyancing (140-1).  cc: cnsl

  142 -  1   11/03/05    RRB Minute Order granting motion to amend complaint to add Gerald
                         Barling as a defendant (139-1).  cc: cnsl

  143 -  1   11/17/05    DEF 5 Attorney Appearance Darryl L. Thompson.

  144 -  1   11/18/05    PLF 1 Complaint (2nd Amended).
```