IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>   vs.<br><br>CLARENCE ABELDGAARD,<br>OCEAN VIEW ENTERPRISES, INC.,<br>CLOYD MOSER, MODEB<br>INVESTMENTS AND GERALDINE<br>BARLING,<br><br>        Defendants.<br>_____ | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**NON-OPPOSED MOTION FOR ADDITIONAL TIME TO FILE ANSWER TO COMPLAINT**

**Case No.  A01-378 CI (RRB)**

COMES NOW, Geraldine Barling, by and through her undersign counsel, Darryl L. Thompson, Esq. of the Law Office of Darryl L. Thompson, P.C. hereby respectfully submits this non-opposed motion for additional time to file an answer in the above captioned case.

The parties have agreed that counsel for Geraldine Barling shall have until February 1st, 2006 to file an answer to the amended complaint.  Said motion is non-opposed by Richard Pomeroy, Attorney for the plaintiff as both counsels will attempt to resolve this case short of filing an answer.

/

/

LAW OFFICE OF DARRYL L. THOMPSON, P.C.
841 I STREET
Anchorage, Alaska 99501
Ph: 272-9322  Fax: 277-1373

DATED this __ day of January 2006.

DARRYL L. THOMPSON, P.C.

By: e/signed
   Darryl Thompson
   ABA No. 8706055

The undersigned certifies that a true
and exact copy of this foregoing document,
has been mailed to:

Lawrence Albert
P.O. Box 200934
Anchorage, Alaska 99520

C.E. Abeldgaard
Oceanview Enterprises, Inc.
P.O. Box 891
Homer, Alaska 99603

Mark A Nitczynski
U.S. Department of Justice
Environmental Defense Section
999 18th Street, Suite 945
Denver, CO 80202

Richard L. Pomeroy
Assistant U.S. Attorney
District of Alaska
Federal Building & U.S. Courthouse
222 W. 7th Avenue, Room 9
Anchorage, Alaska 99513

DATED this __ day of January, 2006.

DARRYL L. THOMPSON, P.C.
841 I Street
Anchorage, Alaska 99501
(907) 272-9322

By: e/signed
   Michelle Webb
   Legal Secretary

**LAW OFFICE OF DARRYL L. THOMPSON, P.C.**
**841 I STREET**
**Anchorage, Alaska 99501**
**Ph: 272-9322  Fax: 277-1373**