IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>CLARENCE ABELDGAARD,<br>OCEAN VIEW ENTERPRISES, INC.,<br>CLOYD MOSER, MODEB<br>INVESTMENTS AND GERALDINE<br>BARLING,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) **ORDER ON NON-OPPOSED**<br>) **MOTION FOR ADDITIONAL TIME**<br>) **TO ANSWER COMPLAINT** |

**Case No.  A01-378 CI (RRB)**

This matter having come before the court by way of non-opposed motion for additional time to file an answer to the amended complaint, and the court having considered same, it is HEREBY;

ORDERED, ADJUDGED and DECREED that the defendant, Gerlading Barling shall have until February 1st, 2006 to file an Answer in the above captioned case.

DATED this __ day of January 2006.

_____
Judge of U.S. District Court
Ralph R. Beistline

The undersigned certifies that a true
and exact copy of this foregoing document,
has been mailed to:

**LAW OFFICE OF DARRYL L. THOMPSON, P.C.**
**841 I STREET**
Anchorage, Alaska 99501
Ph: 272-9322  Fax: 277-1373

LAW OFFICE OF DARRYL L. THOMPSON, P.C.
841 I STREET
Anchorage, Alaska 99501
Ph: 272-9322  Fax: 277-1373

Lawrence Albert
P.O. Box 200934
Anchorage, Alaska 99520

C.E. Abeldgaard
Oceanview Enterprises, Inc.
P.O. Box 891
Homer, Alaska 99603

Mark A Nitczynski
U.S. Department of Justice
Environmental Defense Section
999 18th Street, Suite 945
Denver, CO 80202

Richard L. Pomeroy
Assistant U.S. Attorney
District of Alaska
Federal Building & U.S. Courthouse
222 W. 7th Avenue, Room 9
Anchorage, Alaska 99513

DATED this __ day of January, 2006.

DARRYL L. THOMPSON, P.C.
841 I Street
Anchorage, Alaska 99501
(907) 272-9322

By: e/signed
    Michelle Webb
    Legal Secretary