IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ALASKA

UNITED STATES OF AMERICA,    )
    )
        Plaintiff,    )
    )
    vs.    )
    )
CLARENCE ABELDGAARD,    )
OCEAN VIEW ENTERPRISES, INC.,  )
CLOYD MOSER, MODEB    )
INVESTMENTS AND GERALDINE    )
BARLING,    )
    ) **ORDER ON NON-OPPOSED**
        Defendants.    ) **MOTION FOR ADDITIONAL TIME**
_____ ) **TO ANSWER COMPLAINT**

**Case No.  A01-378 CI (RRB)**

This matter having come before the court by way of non-opposed motion for additional time to file an answer to the amended complaint, and the court having considered same, it is HEREBY;

ORDERED, ADJUDGED and DECREED that the defendant, Gerlading Barling shall have until February 1st, 2006 to file an Answer in the above captioned case.

DATED this 9 day of January 2006.

Judge of U.S. District Court
Ralph R. Beistline

The undersigned certifies that a true
and exact copy of this foregoing document,
has been mailed to:

LAW OFFICE OF DARRYL L. THOMPSON, P.C.
841 I STREET
Anchorage, Alaska 99501
Ph: 272-9322 Fax: 277-1373