IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ALASKA

UNITED STATES OF AMERICA,    )
    )
    Plaintiff,    )
    )
    vs.    )
    )
CLARENCE ABELDGAARD,    )
OCEAN VIEW ENTERPRISES, INC.,  )
CLOYD MOSER, MODEB    )
INVESTMENTS AND GERALDINE  )**NON-OPPOSED MOTION FOR**
BARLING,    )**ADDITIONAL TIME TO FILE**
    )**ANSWER TO COMPLAINT**
    Defendants.    )**AND STATUS REPORT**
_____ )

**Case No.  A01-378 CI (RRB)**

LAW OFFICE OF DARRYL L. THOMPSON, P.C.
841 I STREET
Anchorage, Alaska 99501
Ph: 272-9322  Fax: 277-1373

COMES NOW, Geraldine Barling, by and through her undersigned counsel, Darryl L. Thompson, Esq. of the Law Office of Darryl L. Thompson, P.C., and hereby respectfully submits this non-opposed motion for additional time to file an answer in the above captioned case.

Ms. Barling requests an additional thirty days, until March 3, 2006, to file an answer to the second amended complaint.  The United States does not oppose this request.

All counsel are attempting to resolve this case short of filing an answer. Since the last request for an extension, counsel for the United States has provided to undersigned counsel  relevant background information as well as specific and detailed settlement information.  Counsel for Ms. Barling and for

the United States also have discussed that information in some detail.

Prior to the requested due date of March 3, 2006, undersigned counsel anticipates making a good-faith settlement proposal.  To do so, undersigned counsel will need to obtain an initial cost estimate for the proposed restoration/mitigation work and contact third party owners of some of the affected parcels of land to determine whether those parcels could be purchased and conveyed with conservation easements as part of a settlement.

Given the amount of time and work involved in moving forward with the settlement efforts, it is the undersigned's desire to extend the time necessary to file an answer for an additional 30 days.  Given the limitation of resources, it is felt that it is a better use of attorney time at this juncture to act on the settlement items, rather than spend the extensive amount of time required to file an answer.

For the above reasons, the additional time to file an answer is hereby requested.

DATED this 1st  day of February 2006.

DARRYL L. THOMPSON, P.C.

By: e/signed
    Darryl Thompson
    ABA No. 8706055

LAW OFFICE OF DARRYL L. THOMPSON, P.C.
841 I STREET
Anchorage, Alaska 99501
Ph: 272-9322  Fax: 277-1373

The undersigned certifies that a true
and exact copy of this foregoing document,
has been mailed to:

Lawrence Albert
P.O. Box 200934
Anchorage, Alaska 99520

C.E. Abeldgaard
Oceanview Enterprises, Inc.
P.O. Box 891
Homer, Alaska 99603

Mark A Nitczynski
U.S. Department of Justice
Environmental Defense Section
999 18th Street, Suite 945
Denver, CO 80202

Richard L. Pomeroy
Assistant U.S. Attorney
District of Alaska
Federal Building & U.S. Courthouse
222 W. 7th Avenue, Room 9
Anchorage, Alaska 99513

DATED this 1st  day of February, 2006.

DARRYL L. THOMPSON, P.C.
841 I Street
Anchorage, Alaska 99501
(907) 272-9322

By: e/signed
    Michelle Webb
    Legal Secretary

**LAW OFFICE OF DARRYL L. THOMPSON, P.C.**
**841 I STREET**
**Anchorage, Alaska 99501**
**Ph: 272-9322  Fax: 277-1373**