IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>vs.<br><br>CLARENCE ABELDGAARD,<br>OCEAN VIEW ENTERPRISES, INC.,<br>CLOYD MOSER, MODEB<br>INVESTMENTS AND GERALDINE<br>BARLING,<br><br>        Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**Case No.  A01-378 CI (RRB)**

**ORDER ON NON-OPPOSED FOR MOTION ADDITIONAL TIME TO FILE ANSWER TO COMPLAINT**

This matter having come before the court by way of non-opposed motion for additional time to file an answer to the amended complaint, and the court having considered same, it is HEREBY;

ORDERED, ADJUDGED and DECREED that the defendant, Geraldine Barling shall have until March 3rd , 2006 to file an Answer in the above captioned case.

DATED this __ day of February, 2006.

_____
Judge of U.S. District Court
Ralph R. Beistline

LAW OFFICE OF DARRYL L. THOMPSON, P.C.
841 I STREET
Anchorage, Alaska 99501
Ph: 272-9322  Fax: 277-1373