IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | |
| vs. ) | |
| CLARENCE ABELDGAARD, ) OCEAN VIEW ENTERPRISES, INC., ) CLOYD MOSER, MODEB ) INVESTMENTS AND GERALDINE ) BARLING, ) | |
| Defendants. ) | **ORDER ON NON-OPPOSED FOR MOTION ADDITIONAL TIME TO FILE ANSWER TO COMPLAINT** |

Case No. A01-378 CI (RRB)

This matter having come before the court by way of non-opposed motion for additional time to file an answer to the amended complaint, and the court having considered same, it is HEREBY;

ORDERED, ADJUDGED and DECREED that the defendant, Geraldine Barling shall have until March 3rd, 2006 to file an Answer in the above captioned case.

DATED this 2 day of February, 2006.

*[signature]*

Judge of U.S. District Court
Ralph R. Beistline

LAW OFFICE OF DARRYL L. THOMPSON, P.C.
841 I STREET
Anchorage, Alaska 99501
Ph: 272-9322  Fax 277-1373