IN THE UNITED STATES DISTRICT COURT DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>CLARENCE ABELDGAARD, )<br>OCEAN VIEW ENTERPRISES, INC., )<br>CLOYD MOSER, MODEB )<br>INVESTMENTS AND GERALDINE )<br>BARLING, )<br>)<br>Defendants. )<br>_____ ) | **MOTION FOR<br>ADDITIONAL TIME TO FILE<br>ANSWER TO COMPLAINT** |

**Case No.  A01-378 CI (RRB)**

COMES NOW, Geraldine Barling, by and through her undersign counsel, Darryl L. Thompson, Esq. of the Law Office of Darryl L. Thompson, P.C. hereby respectfully submits this motion for additional time to file an answer in the above captioned case. Said motion is made in good faith and not for the purposes of delay but for the purposes of meaningfully continuing to explore the details associated with preparing and presenting a compressive settlement package to the plaintiff for purposes of resolving this case. Said Motion is supported by Affidavit of Counsel.

s/Darryl L. Thompson
841 I Street
Anchorage, Alaska 99501
907-272-9322
907-277-1373- Fax
darrylthompson@akdltlaw.com
ABA: 8706055

**LAW OFFICE OF DARRYL L. THOMPSON, P.C.**
**841 I STREET**
Anchorage, Alaska 99501
Ph: 272-9322  Fax: 277-1373