IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| vs. | ) |
| CLARENCE ABELDGAARD, OCEAN VIEW ENTERPRISES, INC., CLOYD MOSER, MODEB INVESTMENTS AND GERALDINE BARLING, | ) |
| Defendants. | ) **ORDER ON** |
| _____ | ) **MOTION ADDITIONAL TIME TO FILE** ) **ANSWER TO COMPLAINT** |

**Case No.  A01-378 CI (RRB)**

This matter having come before the court by way of motion for additional time to file an answer to the amended complaint of Geraldine Barling, and the court having considered same, it is HEREBY;

ORDERED, ADJUDGED and DECREED that the defendant, Geraldine Barling shall have until April 1st, 2006 to file an Answer in the above captioned case.

DATED this __ day of March, 2006.

_____
Judge of U.S. District Court
Ralph R. Beistline

LAW OFFICE OF DARRYL L. THOMPSON, P.C.
841 I STREET
Anchorage, Alaska 99501
Ph: 272-9322  Fax: 277-1373