**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA**


 USA  v.  CLARENCE ABELDGAARD, et al.

DATE:   March 24, 2006      CASE NO.   3:01-CV-0378-RRB

THE HONORABLE RALPH R. BEISTLINE

PROCEEDINGS:   **MINUTE ORDER FROM CHAMBERS
RE MOTION FOR ADDITION TIME TO FILE ANSWER**

_____

        Defendant Geraldine Barling's Motion for Additional Time to File Answer to Complaint (Docket 149) is hereby **GRANTED**. Defendant Barling may have until the close of business on **Friday, May 26, 2006,** in which to file an answer to Plaintiff's Second Amended Complaint.