**SUE ELLEN WOOLDRIDGE**
United States Department of Justice
Environment and Natural Resources Division
Washington, D.C.
**DEBORAH M. SMITH**
Acting United States Attorney
Anchorage, Alaska
**MARK A. NITCZYNSKI**
U.S. Department of Justice
Environmental Defense Section
1961 Stout Street - 8th Floor
Denver, CO  80294
Phone: (303) 844-1498
Fax: (303) 844-1350
mark.nitczynski@usdoj.gov
**RICHARD L. POMEROY**
Assistant United States Attorney
District of Alaska
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9
Anchorage, Alaska  99513
Telephone: (907) 271-5071

Attorneys for Plaintiff United States of America

## UNITED STATES DISTRICT COURT
## DISTRICT OF ALASKA

| | |
|---|---|
| **UNITED STATES OF AMERICA,**  )  )  Plaintiff,  )  )  v.  )  )  **CLARENCE ABELDGAARD,**  )  **OCEANVIEW ENTERPRISES, INC.,**  )  **CLOYD MOSER and MODEB**  )  **INVESTMENTS,**  )  )  Defendants.  )  ) | **Case No. A-01-378 Civil (RRB)**  **NOTICE OF CHANGE OF ADDRESS, TELEPHONE NUMBER AND FACSIMILE NUMBER** |

  Counsel for the United States hereby notifies the Court that the Department of Justice counsel listed below have moved offices.  Please direct future correspondence and other communications to those Department of Justice counsel at the following location:

        MARK A. NITCZYNSKI
        U.S. Department of Justice
        Environmental Defense Section
        1961 Stout Street - 8th Floor
        Denver, Colorado 80294
        Phone: (303) 844-1498
        Fax: (303) 844-1350

        ROBERT H. FOSTER
        U.S. Department of Justice
        Environmental Defense Section
        1961 Stout Street - 8th Floor
        Denver, Colorado 80294
        Phone: (303) 844-1362
        Fax: (303) 844-1350

The e-mail addresses for these counsel remain unchanged.

        Respectfully submitted,

        SUE ELLEN WOOLDRIDGE
        Assistant Attorney General
        Environment and Natural Resources Division
        UNITED STATES DEPARTMENT OF JUSTICE


          /s/ Mark A. Nitczynski
        MARK A. NITCZYNSKI
        Environmental Defense Section
        UNITED STATES DEPARTMENT OF JUSTICE
        1961 Stout Street - 8th Floor
        Denver, CO   80294
        PHONE: (303) 844-1498
        FAX: (303) 844-1350

        DEBORAH M. SMITH
        Acting United States Attorney
        District of Alaska
        RICHARD L. POMEROY
        Assistant U.S. Attorney

        OF COUNSEL:
        DAVID ALLNUTT
        U.S. ENVIRONMENTAL PROTECTION AGENCY,

        REGION X
        Seattle, Washington

        Attorneys for Plaintiff United States of America

CERTIFICATE OF SERVICE

I, Mark A. Nitczynski, certify that on this June 12, 2006, I caused to be filed electronically the foregoing NOTICE OF CHANGE OF ADDRESS, TELEPHONE NUMBER AND FACSIMILE NUMBER with the Clerk of Court using the CM/ECF system, which sent a Notice of Electronic Filing to the following persons: Clarence Abeldgaard (*pro se*); Lawrence V. Albert (counsel for Cloyd Moser and Modeb Investments); Darryl L. Thompson (counsel for Geraldine Barling).

  /s/ Mark A. Nitczynski
MARK A. NITCZYNSKI