UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA


  USA   v.   ABELDGAARD, et al.  

DATE:   August 16, 2006       CASE NO.   3:01-cv-0378-RRB  

THE HONORABLE RALPH R. BEISTLINE

PROCEEDINGS:   **MINUTE ORDER FROM CHAMBERS**
                **REQUESTING STATUS REPORT**

---

      In reviewing this file, Defendant Barling had until May 26, 2006, in which to file an answer to Plaintiff's Second Amended Complaint (Docket 150). The file reflects no answer being filed. Plaintiff is requested to file a status report on or before the close of business on **Monday, August 28, 2006.**

M.O. REQUESTING STATUS REPORT