UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA


<u>  USA  </u>  v.  <u>  ABELDGAARD  </u>

DATE:  <u>  August 31, 2006  </u>     CASE NO.   <u>  3:01-CV-0378-RRB  </u>

THE HONORABLE RALPH R. BEISTLINE

PROCEEDINGS:   **MINUTE ORDER FROM CHAMBERS**
**REQUESTING STATUS REPORT**

---

The Court is in receipt of the Status Report filed at Docket 153.  In the event this matter does not resolve, a further status report is to be filed on or before **November 3, 2006.**

M.O. REQUESTING STATUS REPORT