UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA


 USA  v. ABELDGAARD, et al.

DATE:  January 11, 2007    CASE NO.  3:01-cv-0378-RRB

THE HONORABLE RALPH R. BEISTLINE

PROCEEDINGS:   **MINUTE ORDER FROM CHAMBERS**
               **REQUESTING STATUS REPORT**

---

A status report is to be filed by the close of business on **Friday, January 26, 2007.**

M.O. REQUESTING STATUS REPORT