IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) |
| CLARENCE ABELDGAARD, | ) |
| OCEAN VIEW ENTERPRISES, INC., | ) |
| CLOYD MOSER, MODEB | ) |
| INVESTMENTS AND GERALDINE | ) |
| BARLING, | ) |
| | ) |
| Defendants. | ) |
| _____ | )Case No.  A01-378 CI (RRB) |

LAW OFFICE OF DARRYL L. THOMPSON, P.C.
841 I STREET
Anchorage, Alaska 99501
Ph: 272-9322  Fax: 277-1373

RESPONSE TO MOTION FOR ENTRY OF DEFAULT BY CLERK

COMES NOW, Geraldine Barling, by and through her undersigned counsel, Darryl L. Thompson, Esq. of the Law Office of Darryl L. Thompson, P.C. who hereby respectfully submits this response to the Motion for Entry of Default by Clerk. Filing concurrently herewith is the answer and a motion for leave to late file. Moreover, an entry of appearance had previously been entered, stipulations and status reports have been filed, and except for filing an answer, Barling has appeared and defended by participating in proceedings before the Court and engaging in out of court settlement negotiations. Entry of default should be denied.

Dated this 26th day of January, 2007 at Anchorage, Alaska.

    s/Darryl L. Thompson
    841 I Street
    Anchorage, Alaska 99501
    907-272-9322
    907-277-1373- Fax
    darrylthompson@akdltlaw.com
    ABA: 8706055

Certificate of Service

I certify that on 1/26/07,
a copy of this foregoing document
was served electronically on

Lawrence Albert
P.O. Box 200934
Anchorage, Alaska 99520

C.E. Abeldgaard
Oceanview Enterprises, Inc.
P.O. Box 891
Homer, Alaska 99603

Mark A Nitczynski
U.S. Department of Justice
Environmental Defense Section
999 18th Street, Suite 945
Denver, CO 80202

Richard L. Pomeroy
Assistant U.S. Attorney
District of Alaska
Federal Building & U.S. Courthouse
222 W. 7th Avenue, Room 9
Anchorage, Alaska 99513

s/ Darryl L. Thompson

LAW OFFICE OF DARRYL L. THOMPSON, P.C.
841 I STREET
Anchorage, Alaska 99501
Ph: 272-9322  Fax: 277-1373