IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | |
| CLARENCE ABELDGAARD, ) | |
| OCEAN VIEW ENTERPRISES, INC., ) | |
| CLOYD MOSER, MODEB ) | REQUEST FOR HEARING AND |
| INVESTMENTS AND GERALDINE ) | <u>MOTION FOR WITHDRAWAL BY</u> |
| BARLING, ) | <u>ATTORNEY</u> |
| ) | |
| Defendants. ) | |
| _____ ) | |

Case No.  A01-378 CI (RRB)

Darryl L. Thompson, attorney for defendant, GERALDINE BARLING in this action, moves that he be permitted to withdraw as attorney for said party. This motion to withdraw as counsel is filed pursuant to Local Rule 11 and good cause for withdrawal is established in the affidavit of counsel filed with this motion.  Counsel requests a hearing be set in this matter, providing sufficient time to give Ms. Barling the required 20-days notice of hearing under Local Rule 11.

Defendant may be served with process at the following address:

Geraldine Barling
P.O. Box 891
Homer, Alaska 99603
907-235-6068 - Hm

LAW OFFICE OF DARRYL L. THOMPSON, P.C.
841 I STREET
Anchorage, Alaska 99501
Ph: 272-9322  Fax: 277-1373

DATED at Anchorage, Alaska, this 26 day of January, 2007

> s/ Darryl L. Thompson
> 841 I Street
> Anchorage, Alaska 99501
> 907-272-9322
> 907-277-1373 - Fax
> darrylthompson@akdltlaw.com
> Alaska Bar No.8706055

Certificate of Service

I certify that on 1/26/07,
a copy of this foregoing document
was served electronically on

Lawrence Albert
P.O. Box 200934
Anchorage, Alaska 99520

Geraldine Barling
P.O. Box 891
Homer, Alaska 99603

C.E. Abeldgaard
Oceanview Enterprises, Inc.
P.O. Box 891
Homer, Alaska 99603

Mark A Nitczynski
U.S. Department of Justice
Environmental Defense Section
999 18th Street, Suite 945
Denver, CO 80202

Richard L. Pomeroy
Assistant U.S. Attorney
District of Alaska
Federal Building & U.S. Courthouse
222 W. 7th Avenue, Room 9
Anchorage, Alaska 99513

s/ Darryl L. Thompson