IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>      Plaintiff, )<br>)<br>vs. )<br>)<br>CLARENCE ABELDGAARD, )<br>OCEAN VIEW ENTERPRISES, INC., )<br>CLOYD MOSER, MODEB )<br>INVESTMENTS AND GERALDINE )<br>BARLING, )<br>)<br>      Defendants. )<br>_____ ) | **DECLARATION OF COUNSEL IN SUPPORT OF MOTION TO WITHDRAWAL BY ATTORNEY** |

**Case No. A01-378 CI (RRB)**

STATE OF ALASKA               )
                              )ss:
THIRD JUDICIAL DISTRICT       )

     COMES NOW, DARRYL L. THOMPSON, first being duly sworn, on oath, deposes and says:

     1.    That I am the attorney of record for Geraldine Barling in the above captioned case.

     2.    That this court has been very gracious in providing Ms. Barling extensions of time within which to file an Answer in the case as the undersigned has been working tirelessly with Ms. Barling to try and come up with a comprehensive proposal to present to the plaintiff that is both realistic and consistent with the mandates of the governments parameters for resolution of this case.

**LAW OFFICE OF DARRYL L. THOMPSON, P.C.**
841 I STREET
Anchorage, Alaska 99501
Ph: 272-9322 Fax: 277-1373

3. That I can no longer represent Ms. Barling in this matter as it was my retained purpose to work out a comprehensive settlement agreement between Ms. Barling and the Government and it is clear that although I have tried for almost a year, my efforts to communicate with my client have been very ineffective and essentially no progress has been made.

4. That concurrently herewith, I am filing the Answer to the Complaint in this case and asking that this court allow Ms. Barling at least forty - five days within which to procure new counsel to assist her in litigating this matter.

5. It is clear that I am incapable of being able to work in good faith on this case without effective communication and corporation from my client.

6. Originally, Ms. Barling was agreeable to signing a Consent to Withdraw but as of yesterday, January 25th, 2007, Ms. Barling indicated that she wouldn't sign a withdraw as an Answer had not been filed in this case and she didn't want to be stuck with federal court filing deadlines.

7. Additionally, Ms. Barling has failed to meet her financial obligations with this office.

8. Given that it is clear that we can no longer effectively communicate and given retained purpose was to work a settlement with the Government and that is no longer an option, I must respectfully request that this court allow me to withdraw.

Dated this 26th day of January, 2007 at Anchorage, Alaska.

s/Darryl L. Thompson

LAW OFFICE OF DARRYL L. THOMPSON, P.C.
841 I STREET
Anchorage, Alaska 99501
Ph: 272-9322  Fax: 277-1373

841 I Street
Anchorage, Alaska 99501
907-272-9322
907-277-1373- Fax
darrylthompson@akdltlaw.com
ABA: 8706055

Certificate of Service

I certify that on 1/26/07,
a copy of this foregoing document
was served electronically on

Lawrence Albert
P.O. Box 200934
Anchorage, Alaska 99520

C.E. Abeldgaard
Oceanview Enterprises, Inc.
P.O. Box 891
Homer, Alaska 99603

Mark A Nitczynski
U.S. Department of Justice
Environmental Defense Section
999 18th Street, Suite 945
Denver, CO 80202

Richard L. Pomeroy
Assistant U.S. Attorney
District of Alaska
Federal Building & U.S. Courthouse
222 W. 7th Avenue, Room 9
Anchorage, Alaska 99513

s/ Darryl L. Thompson

LAW OFFICE OF DARRYL L. THOMPSON, P.C.
841 I STREET
Anchorage, Alaska 99501
Ph: 272-9322  Fax: 277-1373