UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

  USA   v.   ABELDGAARD, et al.

DATE:   February 9, 2007      CASE NO.   3:01-cv-0378-RRB

THE HONORABLE RALPH R. BEISTLINE

PROCEEDINGS:   **MINUTE ORDER FROM CHAMBERS**
**SCHEDULING HEARING**

---

A hearing on the Request for Hearing and Motion for Withdrawal by Attorney Darryl L. Thompson, filed at Docket 161, will be held on **Friday, March 2, 2007, at 11:00 a.m.**, in Courtroom 2 in Anchorage, Alaska.

M.O. SCHEDULING HEARING