MATTHEW J. McKEOWN
Acting Assistant Attorney General
United States Department of Justice
Environment and Natural Resources Division
Washington, D.C.
NELSON COHEN
United States Attorney
Anchorage, Alaska
MARK A. NITCZYNSKI
US Department of Justice
Environmental Defense Section
1961 Stout Street - 8th Floor
Denver, CO  80294
Phone: (303) 844-1498
Fax: (303) 844-1350
RICHARD L. POMEROY
DANIEL COOPER
Assistant United States Attorney
District of Alaska
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9
Anchorage, Alaska  99513
Telephone: (907) 271-5071

Attorneys for Plaintiff United States of America

UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>             Plaintiff,<br><br>v.<br><br>CLARENCE ABELDGAARD,<br>OCEANVIEW ENTERPRISES, INC.,<br>CLOYD MOSER and MODEB<br>INVESTMENTS,<br><br>             Defendants. | Case No. A-01-378 Civil (RRB)<br><br>[~~PROPOSED~~] ORDER GRANTING JOINT MOTION TO STAY CURRENTLY PENDING MOTIONS |

Pending before the Court is the Joint Motion to Stay Currently Pending Motions ("Joint Motion") submitted by the United States and Geraldine Barling. The Court being fully advised,

1.  The motions currently pending before the Court are hereby stayed. Those motions are: (1) United States' Request That Clerk of Court Enter Default Against Geraldine Barling Pursuant to Fed. R. Civ. P. 55(a) for Failure to Answer Second Amended Complaint, Docket No. 157-1; (2) Motion & Memorandum for Leave to Late File an Answer to the Complaint, Docket No. 159; and (3) Request for Hearing and Motion for Withdrawal by Attorney, Docket No. 161.

Accordingly, the due dates for responses and replies regarding Docket Nos. 159 and 161 are stayed, and the hearing scheduled for March 9, 2007 on Docket No. 161 shall be removed from the Court's calendar.

2.  A status report shall be filed no later than March 12, 2007 addressing the status of the case and suggesting further proceedings.

IT IS SO ORDERED, THIS 26 DAY OF February, 2007.

s/ RRB
_____
THE HONORABLE RALPH R. BEISTLINE
UNITED STATES DISTRICT COURT JUDGE

2