**MATTHEW J. McKEOWN**
**Acting Assistant Attorney General**
**United States Department of Justice**
**Environment and Natural Resources Division**
**Washington, D.C.**
**NELSON COHEN**
**United States Attorney**
**Anchorage, Alaska**
**MARK A. NITCZYNSKI**
**US Department of Justice**
**Environmental Defense Section**
**1961 Stout Street - 8th Floor**
**Denver, CO   80294**
**Phone: (303) 844-1498**
**Fax: (303) 844-1350**
**RICHARD L. POMEROY**
**DANIEL COOPER**
**Assistant United States Attorney**
**District of Alaska**
**Federal Building & U.S. Courthouse**
**222 West Seventh Avenue, #9**
**Anchorage, Alaska  99513**
**Telephone: (907) 271-5071**

**Attorneys for Plaintiff United States of America**

## UNITED STATES DISTRICT COURT
## DISTRICT OF ALASKA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Case No. A-01-378 Civil (RRB) |
| v. | ) | |
| | ) | **[PROPOSED] ORDER STAYING** |
| **CLARENCE ABELDGAARD,** | ) | **PROCEEDINGS AGAINST** |
| **OCEANVIEW ENTERPRISES, INC.,** | ) | **GERALDINE BARLING** |
| **CLOYD MOSER and MODEB** | ) | |
| **INVESTMENTS,** | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

Pending before the Court is the March 12, 2007 Status Report and Request to Stay

Proceedings Against Geraldine Barling. The Court being fully advised, the Court hereby

GRANTS the request and ORDERS as follows:

1. Proceedings against Geraldine Barling in this matter, including the motions currently pending before the Court,[1] are stayed until a consent decree is lodged with the Court or until April 12, 2007, whichever is sooner.

2. If a consent decree has not been lodged by April 12, 2007, a status report shall be filed by April 12, 2007 that addresses the status of the case and suggests further proceedings.

IT IS SO ORDERED, THIS _____ DAY OF _____, 2007.

_____
THE HONORABLE RALPH R. BEISTLINE
UNITED STATES DISTRICT COURT JUDGE

---

[1] Those motions are: (1) United States' Request That Clerk of Court Enter Default Against Geraldine Barling Pursuant to Fed. R. Civ. P. 55(a) for Failure to Answer Second Amended Complaint, Docket No. 157-1; (2) Motion & Memorandum for Leave to Late File an Answer to the Complaint, Docket No. 159; and (3) Request for Hearing and Motion for Withdrawal by Attorney, Docket No. 161.