MATTHEW J. McKEOWN
Acting Assistant Attorney General
United States Department of Justice
Environment and Natural Resources Division
Washington, D.C.
NELSON COHEN
United States Attorney
Anchorage, Alaska
MARK A. NITCZYNSKI
US Department of Justice
Environmental Defense Section
1961 Stout Street - 8th Floor
Denver, CO   80294
Phone: (303) 844-1498
Fax: (303) 844-1350
RICHARD L. POMEROY
DANIEL COOPER
Assistant United States Attorney
District of Alaska
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9
Anchorage, Alaska  99513
Telephone: (907) 271-5071

Attorneys for Plaintiff United States of America

UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br><br>v.<br><br>CLARENCE ABELDGAARD,<br>OCEANVIEW ENTERPRISES, INC.,<br>CLOYD MOSER and MODEB<br>INVESTMENTS,<br><br>           Defendants. | Case No. A-01-378 Civil (RRB)<br><br>MAY 14, 2007 STATUS REPORT AND REQUEST TO CONTINUE STAY OF PROCEEDINGS AGAINST GERALDINE BARLING |

Plaintiff United States of America ("United States") hereby submits this May 14, 2007

Status Report and Request to Continue Stay of Proceedings Against Geraldine Barling ("Status Report") in accordance with this Court's April 11, 2007 Order Continuing Stay of Proceedings Against Geraldine Barling (Docket No. 171), which required that a status report be filed by this date if a consent decree had not yet been lodged. The United States states as follows:

1. As previously reported to the Court, the United States and Ms. Barling took part in a settlement meeting in Anchorage, Alaska on February 28, 2007. During that meeting, representatives of the United States and Ms. Barling reached a proposed agreement. On March 12, 2007, counsel for Ms. Barling informed counsel for the United States that Ms. Barling had agreed to the terms of a proposed consent decree. The United States also reported that it was in the process of finalizing the proposed consent decree and seeking the required approvals of it.[1]

2. Over the past two months, counsel for the United States has continued to make the changes required to finalize the consent decree. In addition, the approval process at EPA and at the Department of Justice have moved forward substantially.[2] Further, undersigned counsel received a letter today from counsel for Ms. Barling reporting that a fire had occurred at a house owned by Mr. Abeldgaard and/or Ms. Barling on April 23, 2007. Counsel for the United States

---

[1] As with all such potential settlements, the proposed consent decree requires formal review and approval at EPA as well as at the Department of Justice. Formal approval from officials with settlement authority is required before the United States can execute such a settlement, and changes may need to be made at the request of those officials. Therefore, before a proposed consent decree may be lodged with the Court, the documents must be finalized and formally approved by EPA and the Department of Justice.

[2] As previously reported, those efforts were delayed somewhat by the birth of a child to undersigned counsel on April 2, 2007. While undersigned counsel remains officially on parenting leave, other personnel at the Department of Justice and EPA have sought to finalize the proposed consent decree and to obtain signatures from the required government officials on the decree.

will contact counsel for Ms. Barling shortly to discuss this issue.

3. Therefore, the United States requests that the stay of proceedings against Ms. Barling be continued to May 29, 2007 or until a consent decree is lodged with the Court, whichever is sooner. The United States further proposes that, if a consent decree has not been lodged by May 29, 2007, a status report be filed by May 29, 2007 that addresses the status of the case and suggests further proceedings. A proposed order is being filed contemporaneously with this Status Report.

Respectfully submitted,

MATTHEW J. McKEOWN
Acting Assistant Attorney General
Environment and Natural Resources Division
UNITED STATES DEPARTMENT OF JUSTICE


  /s/ Mark A. Nitczynski
MARK A. NITCZYNSKI
Environmental Defense Section
UNITED STATES DEPARTMENT OF JUSTICE
1961 Stout Street - 8th Floor
Denver, CO  80294
PHONE: (303) 844-1498
FAX: (303) 844-1350

NELSON COHEN
United States Attorney
District of Alaska
RICHARD L. POMEROY
Assistant U.S. Attorney

OF COUNSEL:
DAVID ALLNUTT
U.S. ENVIRONMENTAL PROTECTION AGENCY,
REGION X
Seattle, Washington

Attorneys for Plaintiff United States

CERTIFICATE OF SERVICE

I, Mark A. Nitczynski, certify that on this May 14, 2007, I caused to be filed electronically the foregoing MAY 14, 2007 STATUS REPORT AND REQUEST TO CONTINUE STAY OF PROCEEDINGS AGAINST GERALDINE BARLING (along with the [PROPOSED] ORDER CONTINUING STAY OF PROCEEDINGS AGAINST GERALDINE BARLING) with the Clerk of Court using the CM/ECF system, which sends a Notice of Electronic Filing to Darryl L. Thompson (counsel for Defendant Geraldine Barling), and that I caused hard copies of the foregoing to be served by United States mail on the following persons:

Lawrence V. Albert
P.O. Box 200934
Anchorage, AK 99520

Counsel for Cloyd Moser and Modeb Investments

C.E. Abeldgaard
Oceanview Enterprises, Inc.
P.O. Box 891
Homer, Alaska 99603

*Pro Se*

_/s/ Mark A. Nitczynski_
MARK A. NITCZYNSKI