MATTHEW J. McKEOWN
Acting Assistant Attorney General
United States Department of Justice
Environment and Natural Resources Division
Washington, D.C.
NELSON COHEN
United States Attorney
Anchorage, Alaska
MARK A. NITCZYNSKI
US Department of Justice
Environmental Defense Section
1961 Stout Street - 8th Floor
Denver, CO  80294
Phone: (303) 844-1498
Fax: (303) 844-1350
RICHARD L. POMEROY
DANIEL COOPER
Assistant United States Attorney
District of Alaska
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9
Anchorage, Alaska 99513
Telephone: (907) 271-5071

Attorneys for Plaintiff United States of America

UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No. A-01-378 Civil (RRB) |
| v. ) | |
| ) | [~~PROPOSED~~] ORDER CONTINUING |
| CLARENCE ABELDGAARD, ) | STAY OF PROCEEDINGS AGAINST |
| OCEANVIEW ENTERPRISES, INC., ) | GERALDINE BARLING TO JUNE 12, |
| CLOYD MOSER and MODEB ) | 2007 |
| INVESTMENTS, ) | |
| ) | |
| Defendants. ) | |

Pending before the Court is the May 29, 2007 Status Report and Request to Continue

Stay of Proceedings Against Geraldine Barling. The Court being fully advised, the Court hereby GRANTS the request and ORDERS as follows:

1. Proceedings against Geraldine Barling in this matter, including the motions pending before the Court,[1] are further stayed until a consent decree is lodged with the Court or until June 12, 2007, whichever is sooner.

2. If a consent decree has not been lodged by June 12, 2007, a status report shall be filed by June 12, 2007 that addresses the status of the case and suggests further proceedings.

IT IS SO ORDERED, THIS __30__ DAY OF __May__, 2007.

_S/RRB_
THE HONORABLE RALPH R. BEISTLINE
UNITED STATES DISTRICT COURT JUDGE

---

[1] Those motions are: (1) United States' Request That Clerk of Court Enter Default Against Geraldine Barling Pursuant to Fed. R. Civ. P. 55(a) for Failure to Answer Second Amended Complaint, Docket No. 157-1; (2) Motion & Memorandum for Leave to Late File an Answer to the Complaint, Docket No. 159; and (3) Request for Hearing and Motion for Withdrawal by Attorney, Docket No. 161.