**RONALD J. TENPAS**
Acting Assistant Attorney General
United States Department of Justice
Environment and Natural Resources Division
Washington, D.C.
**NELSON COHEN**
United States Attorney
Anchorage, Alaska
**MARK A. NITCZYNSKI**
US Department of Justice
Environmental Defense Section
1961 Stout Street - 8th Floor
Denver, CO   80294
Phone: (303) 844-1498
Fax: (303) 844-1350
**RICHARD L. POMEROY**
**DANIEL COOPER**
Assistant United States Attorney
District of Alaska
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9
Anchorage, Alaska  99513
Telephone: (907) 271-5071

Attorneys for Plaintiff United States of America

### UNITED STATES DISTRICT COURT
### DISTRICT OF ALASKA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Case No. A-01-378 Civil (RRB) |
| v. | ) | |
| | ) | **[PROPOSED] ORDER CONTINUING** |
| **CLARENCE ABELDGAARD,** | ) | **STAY OF PROCEEDINGS AGAINST** |
| **OCEANVIEW ENTERPRISES, INC.,** | ) | **GERALDINE BARLING TO JUNE 19,** |
| **CLOYD MOSER and MODEB** | ) | **2007 AND REQUIRING GERALDINE** |
| **INVESTMENTS,** | ) | **BARLING TO FILE STATUS** |
| | ) | **REPORT** |
| Defendants. | ) | |
| | ) | |

Pending before the Court is the June 12, 2007 Status Report and Request to Require

Geraldine Barling to File Status Report.  The Court being fully advised, the Court hereby

GRANTS the request and ORDERS as follows:

1. Proceedings against Geraldine Barling in this matter, including the motions pending before the Court,[1] are further stayed until June 19, 2007.

2. On or before June 19, 2007, Geraldine Barling shall file a status report that addresses the status of the case and suggests further proceedings.

3. On or before June 22, 2007, the United States shall file a response to the status report filed by Ms. Barling.

IT IS SO ORDERED, THIS _____ DAY OF _____, 2007.

_____
THE HONORABLE RALPH R. BEISTLINE
UNITED STATES DISTRICT COURT JUDGE

---

[1] Those motions are: (1) United States' Request That Clerk of Court Enter Default Against Geraldine Barling Pursuant to Fed. R. Civ. P. 55(a) for Failure to Answer Second Amended Complaint, Docket No. 157-1; (2) Motion & Memorandum for Leave to Late File an Answer to the Complaint, Docket No. 159; and (3) Request for Hearing and Motion for Withdrawal by Attorney, Docket No. 161.