IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | |
| CLARENCE ABELDGAARD, ) | |
| OCEAN VIEW ENTERPRISES, INC., ) | |
| CLOYD MOSER, MODEB ) | |
| INVESTMENTS AND GERALDINE ) | |
| BARLING, ) | **Status Report** |
| ) | |
| Defendants. ) | |
| ) | **Case No. A01-378 CI (RRB)** |

LAW OFFICE OF DARRYL L. THOMPSON, P.C.
841 I STREET
Anchorage, Alaska 99501
Ph: 272-9322  Fax: 277-1373

Come now, Geraldine Barling, by and through her undersign counsel, and hereby respectfully submits the following as her Status Report in the above captioned case. As this court already knows, Ms. Barling suffered an under-insured fire at the property that was to be the subject matter of a transaction that would allow her free a large piece of property that was to be transferred incidental to the settlement with the EPA. She has since been in negotiations with Ken Gains to have the lien removed from the larger piece of property so that she can transfer it free and clear.

The settlement negotiations are progressing well with Mr. Gains as they have reached a tentative agreement. Ms. Barling has represented today that the reason it has not closed yet is because, after the fire there was sufficient insurance to just pay off the note on the property and they are waiting for First

National Bank to provide a Request for Reconveyance to free up the lien on the property that will now be used as part of the transfer of security for the indebtedness secured by the larger piece of property, which is to be transferred to the EPA. Ms. Barling reports that as of today, First National Bank has represented that they have sent the paperwork to the Recorder's Office in Homer. The Recorders Office was closed last Friday and yesterday, Monday. First National Bank will be contacting Ms. Barling when the documents have been recorded. As soon as the Request for Reconveyance has been recorded, Ms. Barling will be in a position to close with Mr. Gaines to remove the lien from the property so that she can give the go ahead to the government for the filing of the Consent Decree.

Therefore, it is requested that this court grant to her an additional two week extension of time in order to complete this transaction so that she knows there are no barriers to her performance incidental to the transfer of this property to the EPA.

DATED at Anchorage, Alaska, this 26 day of January, 2007
s/ Darryl L. Thompson
841 I Street
Anchorage, Alaska 99501
907-272-9322
907-277-1373 - Fax
darrylthompson@akdltlaw.com
Alaska Bar No.8706055

Certificate of Service

I certify that on 6/26/07,
a copy of this foregoing document
was served electronically on

**LAW OFFICE OF DARRYL L. THOMPSON, P.C.**
**841 I STREET**
Anchorage, Alaska 99501
Ph: 272-9322  Fax: 277-1373

Lawrence Albert
P.O. Box 200934
Anchorage, Alaska 99520

C.E. Abeldgaard
Oceanview Enterprises, Inc.
P.O. Box 891
Homer, Alaska 99603

Mark A Nitczynski
U.S. Department of Justice
Environmental Defense Section
999 18th Street, Suite 945
Denver, CO 80202

Richard L. Pomeroy
Assistant U.S. Attorney
District of Alaska
Federal Building & U.S. Courthouse
222 W. 7th Avenue, Room 9
Anchorage, Alaska 99513

s/ Darryl L. Thompson

LAW OFFICE OF DARRYL L. THOMPSON, P.C.
841 I STREET
Anchorage, Alaska 99501
Ph: 272-9322  Fax: 277-1373