**RONALD J. TENPAS**
Acting Assistant Attorney General
United States Department of Justice
Environment and Natural Resources Division
Washington, D.C.
**NELSON COHEN**
United States Attorney
Anchorage, Alaska
**MARK A. NITCZYNSKI**
US Department of Justice
Environmental Defense Section
1961 Stout Street - 8th Floor
Denver, CO   80294
Phone: (303) 844-1498
Fax: (303) 844-1350
**RICHARD L. POMEROY**
**DANIEL COOPER**
Assistant United States Attorney
District of Alaska
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9
Anchorage, Alaska  99513
Telephone: (907) 271-5071

Attorneys for Plaintiff United States of America

## UNITED STATES DISTRICT COURT
## DISTRICT OF ALASKA

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>  Plaintiff,<br><br>    v.<br><br>**CLARENCE ABELDGAARD,**<br>**OCEANVIEW ENTERPRISES, INC.,**<br>**CLOYD MOSER and MODEB**<br>**INVESTMENTS,**<br><br>  Defendants. | Case No. A-01-378 Civil (RRB)<br><br>**UNITED STATES' RESPONSE TO STATUS REPORT FILED BY GERALDINE BARLING ON JUNE 26, 2007** |

In accordance with this Court's June 15, 2007 Order (Docket No. 177), Plaintiff United

States of America ("United States") hereby submits its response to the Status Report submitted

by Geraldine Barling on June 26, 2007 (Docket No. 178).

In the Status Report, Ms. Barling reports that she imminently will be closing on a transaction that will allow her to transfer a large piece of property that was to be transferred under the previously-negotiated Consent Decree. Status Report at 1, 2. Once that transaction is completed, Ms. Barling can give the "go ahead" for filing the Consent Decree. Id. at 2. Accordingly, Ms. Barling requested a two-week extension of current the stay to complete the transaction. Id.

In light of these representations, the United States does not oppose Ms. Barling's request to extend the stay for two weeks.

        Respectfully submitted,

        RONALD J. TENPAS
        Acting Assistant Attorney General
        Environment and Natural Resources Division
        UNITED STATES DEPARTMENT OF JUSTICE

          /s/ Mark A. Nitczynski
        MARK A. NITCZYNSKI
        Environmental Defense Section
        UNITED STATES DEPARTMENT OF JUSTICE
        1961 Stout Street - 8th Floor
        Denver, CO   80294
        PHONE: (303) 844-1498
        FAX: (303) 844-1350

        NELSON COHEN
        United States Attorney
        District of Alaska
        RICHARD L. POMEROY
        Assistant U.S. Attorney

        OF COUNSEL:
        DAVID ALLNUTT
        U.S. ENVIRONMENTAL PROTECTION AGENCY,

REGION X
Seattle, Washington

Attorneys for Plaintiff United States

CERTIFICATE OF SERVICE

I, Mark A. Nitczynski, certify that on this June 27, 2007, I caused to be filed electronically the foregoing UNITED STATES' RESPONSE TO STATUS REPORT FILED BY GERALDINE BARLING ON JUNE 26, 2007 with the Clerk of Court using the CM/ECF system, which sends a Notice of Electronic Filing to Darryl L. Thompson (counsel for Defendant Geraldine Barling), and that I caused hard copies of the foregoing to be served by United States mail on the following persons:

Lawrence V. Albert
P.O. Box 200934
Anchorage, AK 99520

Counsel for Cloyd Moser and Modeb Investments

C.E. Abeldgaard
Oceanview Enterprises, Inc.
P.O. Box 891
Homer, Alaska 99603

*Pro Se*

   /s/ Mark A. Nitczynski
MARK A. NITCZYNSKI