IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,             )<br>                                                            )<br>            Plaintiff,                               )<br>                                                            )<br>    vs.                                                 )<br>                                                            )<br>CLARENCE ABELDGAARD,              )<br>OCEAN VIEW ENTERPRISES, INC., )<br>CLOYD MOSER, MODEB               )<br>INVESTMENTS AND GERALDINE )<br>BARLING,                                          )<br>                                                            )<br>            Defendants.                         )<br>_____ ) | **Status Report**<br><br>**Case No.  A01-378 CI (RRB)** |

LAW OFFICE OF DARRYL L. THOMPSON, P.C.
841 I STREET
Anchorage, Alaska 99501
Ph: 272-9322  Fax: 277-1373

Come now, Geraldine Barling, by and through her undersign counsel, and hereby respectfully submits the following as her Status Report in the above captioned case. The court is hereby appraised that Ms. Barling has communicated with Ken Gains' office and discovered that he is out of town until August 14, 2007. Through counsel, Mr. Gains' counsel has been contacted regarding a specific term of the financing that was in the original terms but not contained in the closing documents provided. To date, Mr. Cushman, Mr. Gains' attorney, has not gotten back to the undersigned. It is anticipated that upon his return, Mr. Gains and Ms. Barling will be able to finalize the arrangement. Ms. Barling recognizes the delay associated with this process, but is making every effort to finalize the financing with Mr. Gains to clear up the lien that he has on the lot that is part of the subject matter of the consent decree. Therefore, she

asks for some additional time to close the financing with Mr. Gains.

DATED at Anchorage, Alaska, this 10 day of August, 2007

s/ Darryl L. Thompson
841 I Street
Anchorage, Alaska 99501
907-272-9322
907-277-1373 - Fax
darrylthompson@akdltlaw.com
Alaska Bar No.8706055

Certificate of Service

I certify that on 8/10/07
a copy of this foregoing document
was served electronically on

Lawrence Albert
P.O. Box 200934
Anchorage, Alaska 99520

C.E. Abeldgaard
Oceanview Enterprises, Inc.
P.O. Box 891
Homer, Alaska 99603

Mark A Nitczynski
U.S. Department of Justice
Environmental Defense Section
999 18th Street, Suite 945
Denver, CO 80202

Richard L. Pomeroy
Assistant U.S. Attorney
District of Alaska
Federal Building & U.S. Courthouse
222 W. 7th Avenue, Room 9
Anchorage, Alaska 99513

s/ Darryl L. Thompson

LAW OFFICE OF DARRYL L. THOMPSON, P.C.
841 I STREET
Anchorage, Alaska 99501
Ph: 272-9322  Fax: 277-1373