**RONALD J. TENPAS**
Acting Assistant Attorney General
United States Department of Justice
Environment and Natural Resources Division
Washington, D.C.
**NELSON COHEN**
United States Attorney
Anchorage, Alaska
**MARK A. NITCZYNSKI**
US Department of Justice
Environmental Defense Section
1961 Stout Street - 8th Floor
Denver, CO   80294
Phone: (303) 844-1498
Fax: (303) 844-1350
**RICHARD L. POMEROY**
**DANIEL COOPER**
Assistant United States Attorney
District of Alaska
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9
Anchorage, Alaska  99513
Telephone: (907) 271-5071

Attorneys for Plaintiff United States of America

## UNITED STATES DISTRICT COURT
## DISTRICT OF ALASKA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No. A-01-378 Civil (RRB) |
| v. ) | |
| ) | **UNITED STATES' RESPONSE TO** |
| **CLARENCE ABELDGAARD,** ) | **STATUS REPORT FILED BY** |
| **OCEANVIEW ENTERPRISES, INC.,** ) | **GERALDINE BARLING ON** |
| **CLOYD MOSER and MODEB** ) | **AUGUST 10, 2007** |
| **INVESTMENTS,** ) | |
| ) | |
| Defendants. ) | |
| ) | |

Plaintiff United States of America ("United States") hereby submits its response to the Status Report submitted by Geraldine Barling on August 10, 2007 (Docket No. 183).

In the Status Report, Ms. Barling reports that she is making every effort to finalize the financing with Mr. Gains to resolve a lien that will allow her to transfer a large piece of property that was to be transferred under the previously-negotiated Consent Decree.  Status Report at 1.  Mr. Gains, however, is out of town until August 14, 2007.  Id.  Ms. Barling asked for "some additional time to close the financing with Mr. Gains."  Id. at 2.

In a previous report to the Court, Ms. Barling reported that the closing with Mr. Gains was imminent and that she could provide the "go ahead" with the proposed Consent Decree when that closing occurred.  Status Report (June 26, 2007; Docket 178).

In light of these representations, the United States does not oppose Ms. Barling's request for additional time to close the financial arrangement with Mr. Gains, but respectfully requests that the Court order Ms. Barling to submit a status report on or before August 24, 2007 regarding the status of that closing.

        Respectfully submitted,

        RONALD J. TENPAS
        Acting Assistant Attorney General
        Environment and Natural Resources Division
        UNITED STATES DEPARTMENT OF JUSTICE


          /s/ Mark A. Nitczynski
        MARK A. NITCZYNSKI
        Environmental Defense Section
        UNITED STATES DEPARTMENT OF JUSTICE
        1961 Stout Street - 8th Floor
        Denver, CO   80294
        PHONE: (303) 844-1498
        FAX: (303) 844-1350

        NELSON COHEN
        United States Attorney
        District of Alaska

        RICHARD L. POMEROY
        Assistant U.S. Attorney

        OF COUNSEL:
        DAVID ALLNUTT
        U.S. ENVIRONMENTAL PROTECTION AGENCY,
        REGION X
        Seattle, Washington

        Attorneys for Plaintiff United States

## CERTIFICATE OF SERVICE

I, Mark A. Nitczynski, certify that on this August 13, 2007, I caused to be filed electronically the foregoing UNITED STATES' RESPONSE TO STATUS REPORT FILED BY GERALDINE BARLING ON AUGUST 10, 2007 with the Clerk of Court using the CM/ECF system, which sends a Notice of Electronic Filing to Darryl L. Thompson (counsel for Defendant Geraldine Barling), and that I caused hard copies of the foregoing to be served by United States mail on the following persons:

Lawrence V. Albert
P.O. Box 200934
Anchorage, AK 99520

Counsel for Cloyd Moser and Modeb Investments

C.E. Abeldgaard
Oceanview Enterprises, Inc.
P.O. Box 891
Homer, Alaska 99603

*Pro Se*

   /s/ Mark A. Nitczynski
MARK A. NITCZYNSKI