IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>CLARENCE ABELDGAARD, )<br>OCEAN VIEW ENTERPRISES, INC., )<br>CLOYD MOSER, MODEB )<br>INVESTMENTS AND GERALDINE )<br>BARLING, )<br>)<br>Defendants. )<br>_____ ) | **Notice of Late filed Status Report**<br><br>**Case No.  A01-378 CI (RRB)** |

LAW OFFICE OF DARRYL L. THOMPSON, P.C.
841 I STREET
Anchorage, Alaska 99501
Ph: 272-9322  Fax: 277-1373

Come now, Geraldine Barling, by and through her undersign counsel, and hereby respectfully submits the following as her Late Filed Status Report in the above captioned case.  First, for some reason the undersigned calendered the due date of the status report as September 7th, 2007.  The undersigned wrote to Ms. Barling and advised here that the due date for the updated status report was September 7, 2007.  The undersigned saw an email from the government's lawyer regarding the due date.  Thus, the report was not filed on September 4, 2007 and the undersigned apologizes to the court and opposing counsel for the mistaken in calendering .

As of yesterday, the undersigned was notified by Ms. Barling that she has received the closing documents from Ken Gains and has an appointment this afternoon at 2:30 pm with an attorney in the local area to go over the final

closing documents.

The undersigned does yet have a closing date and is awaiting to hear form the client after her consultation on the final closing documents. Ms. Barling has also indicated the as of 9/1/07 Mr. Abelgaard had a stroke and is in the hospital and she has been extremely distracted these last several days as a result of that.

Ms. Barling recognizes the delay associated with this process, but is making every effort to finalize the financing. Given the above, she asks for some additional time to close the financing with Mr. Gains.

DATED at Anchorage, Alaska, this 6th day of September, 2007

        s/ Darryl L. Thompson
        841 I Street
        Anchorage, Alaska 99501
        907-272-9322
        907-277-1373 - Fax
        darrylthompson@akdltlaw.com
        Alaska Bar No.8706055

Certificate of Service
I certify that on 8/10/07
a copy of this foregoing document
was served electronically on

Lawrence Albert        C.E. Abeldgaard
P.O. Box 200934       Oceanview Enterprises, Inc.
Anchorage, Alaska 99520  P.O. Box 891
                           Homer, Alaska 99603

LAW OFFICE OF DARRYL L. THOMPSON, P.C.
841 I STREET
Anchorage, Alaska 99501
Ph: 272-9322  Fax: 277-1373

Mark A Nitczynski
U.S. Department of Justice
Environmental Defense Section
999 18th Street, Suite 945
Denver, CO 80202

Richard L. Pomeroy
Assistant U.S. Attorney
District of Alaska
Federal Building & U.S. Courthouse
222 W. 7th Avenue, Room 9
Anchorage, Alaska 99513

s/ Darryl L. Thompson

LAW OFFICE OF DARRYL L. THOMPSON, P.C.
841 I STREET
Anchorage, Alaska 99501
Ph: 272-9322  Fax: 277-1373