IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| CLARENCE ABELDGAARD, | ) | |
| OCEAN VIEW ENTERPRISES, INC., | ) | |
| CLOYD MOSER, MODEB | ) | |
| INVESTMENTS AND GERALDINE | ) | |
| BARLING, | ) | **STATUS REPORT** |
| | ) | |
| Defendants. | ) | |
| _____ | ) | **Case No.  A01-378 CI (RRB)** |

Come now, Geraldine Barling, by and through her undersign counsel, and hereby respectfully submits the following as her Status Report in the above captioned case.

As of Friday, October 5th, 2007, the undersigned was notified by Ms. Barling via fax that she has had little time to work on this matter because she has been working on her taxes and she asserts that there are still some terms she is working out with Ken Gains and that she has not yet closed.

At this time, the undersign is requesting that the Stay be lifted on the pending Motion to Withdraw and that this court schedule a hearing on the pending motion.

/

/

LAW OFFICE OF DARRYL L. THOMPSON, P.C.
841 I STREET
Anchorage, Alaska 99501
Ph: 272-9322  Fax: 277-1373

DATED at Anchorage, Alaska, this 9th day of October, 2007

s/ Darryl L. Thompson
841 I Street
Anchorage, Alaska 99501
907-272-9322
907-277-1373 - Fax
darrylthompson@akdltlaw.com
Alaska Bar No.8706055

Certificate of Service
I certify that on 10/9/07
a copy of this foregoing document
was served electronically on:

Lawrence Albert
P.O. Box 200934
Anchorage, Alaska 99520

C.E. Abeldgaard
Oceanview Enterprises, Inc.
P.O. Box 891
Homer, Alaska 99603

Mark A Nitczynski
U.S. Department of Justice
Environmental Defense Section
999 18th Street, Suite 945
Denver, CO 80202

Richard L. Pomeroy
Assistant U.S. Attorney
District of Alaska
Federal Building & U.S. Courthouse
222 W. 7th Avenue, Room 9
Anchorage, Alaska 99513

s/ Darryl L. Thompson

**LAW OFFICE OF DARRYL L. THOMPSON, P.C.**
**841 I STREET**
**Anchorage, Alaska 99501**
**Ph: 272-9322  Fax: 277-1373**