Lawrence V. Albert
Attorney at Law
P. O. Box 200934
Anchorage, Alaska
Tel: (907) 243-2172

Attorney for defendants Cloyd Moser
and Modeb Investments

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | Case No. A-01-378 Civ. (RRB) |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| CLARENCE ABELDGAARD, *et al*, | ) | |
| | ) | **REQUEST FOR CLARIFICATION** |
| Defendants. | ) | **ON HEARING NOTICE** |
| | ) | |

Defendants Cloyd Moser and Modeb Investments received a Notice of Hearing via ECF for a Status Conference to be held on October 24, 2007, at 10:00 A.M. Defendants Moser and Modeb are unclear whether the Status Conference is intended to address case status generally, or instead, the Motion to Withdraw by Geraldine Barling's counsel, Darryl Thompson, Esq. Thompson filed a Status Report (Docket 188) on October 9, 2007, wherein he requested to lift the stay of proceedings as to defendant Barling so that his Motion to Withdraw could be heard.

If the forthcoming Status Conference concerns defendant Barling only and her attorney's motion to withdraw, then defendants Moser and Modeb do not see a need to

participate. If the court seeks participation of all parties through their counsel, then defendants Moser and Modeb seek clarification in this regard. This request is made in part because the undersigned will be absent from Anchorage between October 16-20, 2007. The undersigned can participate telephonically, if necessary, in the Status Conference from the San Francisco Bay Area through the Meet Me feature.

DATED at Anchorage, Alaska, this 15th day of October, 2007.

/s/ Lawrence V. Albert
LAWRENCE V. ALBERT
Attorney at Law
P. O. Box 200934
Anchorage, Alaska 99520
Tel: (907) 243-2172
Fax: (907) 243-5476
e-mail: albertl@alaska.net

Counsel for defendants Cloyd Moser
and Modeb Investments

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this  16th  day of October, 2007, a copy of the foregoing REQUEST FOR CLARIFICATION ON HEARING NOTICE as been served electronically to the following counsel of record:

Mark A. Nitczynski, Robert Foster and Richard Pomeroy, U.S. Dept. Justice
Darryl Thompson, Law Office of Darryl Thompson

I FURTHER CERTIFY that on the 16th day of October, 2007, a copy of the foregoing has been served via U.S. First Class Mail, postage prepaid, upon the following:

Clarence Abeldgaard
Oceanview Enterprises, Inc.
P. O. Box 891
Homer, Alaska 99603


    /s/ Lawrence V. Albert
        Lawrence V. Albert