```
              MINUTES OF THE UNITED STATES DISTRICT COURT
                         DISTRICT OF ALASKA
```

 U.S.A.   vs.  CLARENCE ABELDGAARD, ET AL.

BEFORE THE HONORABLE RALPH R. BEISTLINE
CASE NO.           3:01-CV-00378-RRB

DEPUTY CLERK/RECORDER:     CAROLINE EDMISTON

APPEARANCES:   PLAINTIFF:  RICHARD POMEROY
                           MARK A. NITCZYNSKI, TELEPHONIC

               DEFENDANT:  LAWRENCE V. ALBERT, TELEPHONIC FOR
                           DEFENDANT MOSER AND MODEB INVESTMENTS
                           DARRYL L. THOMPSON, FOR DEFENDANT
                           BARLING
                           GERALDINE BARLING, TELEPHONIC

PROCEEDINGS: STATUS CONFERENCE HELD 10/24/07:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
At 10:06 a.m. court convened.

Court and counsel heard re case status, Mr. Thompson's pending motion to withdraw as counsel, Ms. Barling's liens, property issues, modified consent to agree, and possible settlement of case.

Court and counsel heard re defendant's Moser and MODEB Investments consent to agree.

Court and counsel heard re depositions.

Court ordered parties to file a status report on or before **November 7, 2007.**

At 10:23 a.m. court adjourned.

DATE:    October 24, 2007      DEPUTY CLERK'S INITIALS:   CME

Revised 6/18/07