IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br> vs.<br><br>CLARENCE ABELDGAARD,<br>OCEAN VIEW ENTERPRISES, INC.,<br>CLOYD MOSER, MODEB<br>INVESTMENTS AND GERALDINE<br>BARLING,<br><br>   Defendants.<br>_____ | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>**<u>Status Report</u>**<br>)<br>)<br>) **Case No.  A01-378 CI (RRB)** |

LAW OFFICE OF DARRYL L. THOMPSON, P.C.
841 I STREET
Anchorage, Alaska 99501
Ph: 272-9322  Fax: 277-1373

  Come now, Geraldine Barling, by and through her undersign counsel, and hereby respectfully submits the following as her Status Report in the above captioned case.

  That a telephonic conference was conducted between Mr. Nitczynski, Mr. Pomeroy, Ms. Barling and the undersign.  There were discussions regarding moving certain deadlines in the Consent Decree.  It became apparent that before Ms. Barling could commit to certain new deadlines that she needed to follow up with Countrywide on her house refinancing and she needed to obtain information regarding any lien or encumbrances on the first property that is to be transferred to the government.  She has committed to providing any update on these two items by Friday, November 9th, 2007 and if she does not have specific answers as to the amount of the potential refinance and on the liens,

that she will provide to the undersign detailed information as to what efforts she did make to obtain this information and the undersign will forward the information to the government attorneys. The undersign asks that a new status report be due in two weeks so that the parties can re-confer on the matter,

DATED at Anchorage, Alaska, this 7 day of November, 2007

        s/ Darryl L. Thompson
        841 I Street
        Anchorage, Alaska 99501
        907-272-9322
        907-277-1373 - Fax
        darrylthompson@akdltlaw.com
        Alaska Bar No.8706055

Certificate of Service

I certify that on 11/7/07
a copy of this foregoing document
was served electronically on

Lawrence Albert       C.E. Abeldgaard
P.O. Box 200934       Oceanview Enterprises, Inc.
Anchorage, Alaska 99520    P.O. Box 891
              Homer, Alaska 99603

Mark A Nitczynski
U.S. Department of Justice
Environmental Defense Section
999 18th Street, Suite 945
Denver, CO 80202

Richard L. Pomeroy
Assistant U.S. Attorney
District of Alaska
Federal Building & U.S. Courthouse
222 W. 7th Avenue, Room 9
Anchorage, Alaska 99513

s/ Darryl L. Thompson

LAW OFFICE OF DARRYL L. THOMPSON, P.C.
841 I STREET
Anchorage, Alaska 99501
Ph: 272-9322  Fax: 277-1373