**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ALASKA**

  UNITED STATES OF AMERICA    v.    CLARENCE ABELDGAARD, et al

THE HONORABLE RALPH R. BEISTLINE

DEPUTY CLERK                                    CASE NO.  3:01-CV-00378-RRB

 CAROLYN BOLLMAN 

PROCEEDINGS: **MINUTE ORDER FROM CHAMBERS**   DATE: December 11, 2007

      The court has directed that a status report be filed in this action by 11/26/2007.  No status report has been received.

      A further status report shall be filed by counsel for defendant Barling on or before December 21, 2007.

[]{IIA4.WPD*Rev.12/96}