IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| vs. | ) |
| CLARENCE ABELDGAARD, OCEAN VIEW ENTERPRISES, INC., CLOYD MOSER, MODEB INVESTMENTS AND GERALDINE BARLING, | ) **Status Report** |
| Defendants. | ) |
| | ) **Case No.  A01-378 CI (RRB)** |

LAW OFFICE OF DARRYL L. THOMPSON, P.C.
841 I STREET
Anchorage, Alaska 99501
Ph: 272-9322  Fax: 277-1373

Come now, Geraldine Barling, by and through her undersign counsel, and hereby respectfully submits the following as her Status Report in the above captioned case.

Ms. Barling has requested of the Government through the undersign's office to alter the Ordering of events as set forth in the Original Proposed Consent Decree to allow her to purchase and transfer Lot 15920111; 9Pb; property owned by Mr. Crowther's to KHLT, prior to paying any fines or transferring Stariski Meadows subdivision lot [the 54-acre lot to the west and north of the lot containing site 9P] to KHLT.  Mr. Mark A Nitczynski seemed open to the idea but has requested that Ms. Barling incorporate same into her signed decree.  The Government was aware that Ms. Barling was going to be out of town visiting a sick relative for a period of time and the undersign has

surgery at the beginning of December that took him out of the office for about 10 days. It is the expectation of the undersign that after the holidays, Ms. Barling will participate in a joint telephone call with the undersign and the Government to finalize a proposed Consent Decree. The undersigned's willingness to continue to be Ms. Barling's counsel is contingent upon her willingness to make firm and realistic commitments in the next teleconference. The undersign apologies for the 1 day tardiness of this status report.

DATED at Anchorage, Alaska, this 24 day of December, 2007

    s/ Darryl L. Thompson
    841 I Street
    Anchorage, Alaska 99501
    907-272-9322
    907-277-1373 - Fax
    darrylthompson@akdltlaw.com
    Alaska Bar No.8706055

Certificate of Service

I certify that on 12/24/07
a copy of this foregoing document
was served electronically on

Lawrence Albert
P.O. Box 200934
Anchorage, Alaska 99520

C.E. Abeldgaard
Oceanview Enterprises, Inc.
P.O. Box 891
Homer, Alaska 99603

Mark A Nitczynski
U.S. Department of Justice
Environmental Defense Section
999 18th Street, Suite 945
Denver, CO 80202

Richard L. Pomeroy
Assistant U.S. Attorney
District of Alaska
Federal Building & U.S. Courthouse
222 W. 7th Avenue, Room 9
Anchorage, Alaska 99513

LAW OFFICE OF DARRYL L. THOMPSON, P.C.
841 I STREET
Anchorage, Alaska 99501
Ph: 272-9322  Fax: 277-1373

s/ Darryl L. Thompson

**LAW OFFICE OF DARRYL L. THOMPSON, P.C.**
**841 I STREET**
**Anchorage, Alaska 99501**
**Ph: 272-9322  Fax: 277-1373**