# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ALASKA

UNITED STATES OF AMERICA v. CLARENCE ABELDGAARD, et al

THE HONORABLE RALPH R. BEISTLINE

DEPUTY CLERK                          CASE NO.  3:01-cv-00378-RRB

 CAROLYN BOLLMAN

PROCEEDINGS: **MINUTE ORDER FROM CHAMBERS**   DATE: February 22, 2008

        There has been no activity in the case since the order regarding settlement negotiations was issued December 28, 2007. Counsel for plaintiff shall file a Status Report due March 10, 2008.