RONALD J. TENPAS
**Assistant Attorney General**
**United States Department of Justice**
**Environment and Natural Resources Division**
**Washington, D.C.**
**NELSON COHEN**
**United States Attorney**
**Anchorage, Alaska**
**MARK A. NITCZYNSKI**
**US Department of Justice**
**Environmental Defense Section**
**1961 Stout Street - 8th Floor**
**Denver, CO   80294**
**Phone: (303) 844-1498**
**Fax: (303) 844-1350**
**RICHARD L. POMEROY**
**DANIEL COOPER**
**Assistant United States Attorney**
**District of Alaska**
**Federal Building & U.S. Courthouse**
**222 West Seventh Avenue, #9**
**Anchorage, Alaska  99513**
**Telephone: (907) 271-5071**

**Attorneys for Plaintiff United States of America**

## UNITED STATES DISTRICT COURT
## DISTRICT OF ALASKA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No. A-01-378 Civil (RRB) |
| v. ) | |
| ) | **UNITED STATES' MARCH 14, 1008** |
| **CLARENCE ABELDGAARD,** ) | **STATUS REPORT** |
| **OCEANVIEW ENTERPRISES, INC.,** ) | |
| **CLOYD MOSER and MODEB** ) | |
| **INVESTMENTS,** ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |

Plaintiff United States of America ("United States") hereby submits the following status

report regarding negotiations with Geraldine Barling in this matter.

In early January, 2008, counsel for the United States spoke with counsel for Ms. Barling regarding, inter alia, Ms. Barling's proposal to acquire a piece of property that she would be required to acquire under the proposed consent decree. Counsel for the United States informed counsel for Ms. Barling that the United States was in favor of the acquisition as a voluntary, interim step by Ms. Barling toward complying with the requirements of the proposed consent decree. Counsel for the United States explained that the United States would not release any of its claims, however, because Ms. Barling was not committing to undertake the other requirements of the proposed consent decree. Counsel for Ms. Barling indicated that Ms. Barling would work diligently toward acquiring the property.

On February 13, 2008, counsel for the United States sent an email asking counsel for Ms. Barling the status of: "(1) the purchase of [the property discussed in early January]; (2) Ms. Barling's refinance [the proceeds from which Ms. Barling has stated will be used to comply with the proposed consent decree]; and (3) any other developments related to Ms.Barling's efforts to comply with the terms of, or put herself in a position to sign, the consent decree[.]" The email stated that counsel for the United States had not heard back from Ms. Barling in several weeks.

To date, counsel for the United States has not heard further from Ms. Barling, either in response to the February 13, 2008 email or otherwise.

The United States and Ms. Barling negotiated the terms of a proposed consent decree approximately one year ago. Since that time, despite indicating on numerous occasions that she was very close to concluding a financial arrangement that would enable her to sign the consent decree, Ms. Barling has failed to move the settlement process forward in any significant way.

Ms. Barling is long overdue to provide an update regarding her commitment to settling the case, whether she has made any progress toward settlement, and whether she has finalized any efforts to comply with any of the terms of the proposed consent decree.  The United States respectfully requests that the Court order Ms. Barling to submit a status report on or before March 28, 2008 regarding, inter alia, the items about which counsel for the United States inquired on February 13, 2008.

Respectfully submitted,

RONALD J. TENPAS
Acting Assistant Attorney General
Environment and Natural Resources Division
UNITED STATES DEPARTMENT OF JUSTICE

    /s/ Mark A. Nitczynski
MARK A. NITCZYNSKI
Environmental Defense Section
UNITED STATES DEPARTMENT OF JUSTICE
1961 Stout Street - 8th Floor
Denver, CO   80294
PHONE: (303) 844-1498
FAX: (303) 844-1350

NELSON COHEN
United States Attorney
District of Alaska

    /s/ Richard L. Pomeroy
RICHARD L. POMEROY
Assistant U.S. Attorney

OF COUNSEL:
DAVID ALLNUTT
U.S. ENVIRONMENTAL PROTECTION AGENCY,
REGION X
Seattle, Washington

Attorneys for Plaintiff United States

3

CERTIFICATE OF SERVICE

I, Richard L. Pomeroy, certify that on this March 14, 2008, I caused to be filed electronically the foregoing UNITED STATES' MARCH 14, 1008 STATUS REPORT with the Clerk of Court using the CM/ECF system, which sends a Notice of Electronic Filing to Darryl L. Thompson (counsel for Defendant Geraldine Barling), and that I caused hard copies of the foregoing to be served by United States mail on the following persons:

Lawrence V. Albert
P.O. Box 200934
Anchorage, AK 99520

Counsel for Cloyd Moser and Modeb Investments

C.E. Abeldgaard
Oceanview Enterprises, Inc.
P.O. Box 891
Homer, Alaska 99603

*Pro Se*

   /s/ Richard L. Pomeroy
RICHARD L. POMEROY

4