IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>CLARENCE ABELDGAARD, )<br>OCEAN VIEW ENTERPRISES, INC., )<br>CLOYD MOSER, MODEB )<br>INVESTMENTS AND GERALDINE )<br>BARLING, )<br>)<br>Defendants. )<br>_____ ) | **Status Report**<br><br>**Case No.  A01-378 CI (RRB)** |

LAW OFFICE OF DARRYL L. THOMPSON, P.C.
841 I STREET
Anchorage, Alaska 99501
Ph: 272-9322  Fax: 277-1373

Come now, Geraldine Barling, by and through her undersign counsel, and hereby respectfully submits the following as her Status Report in the above captioned case.

This office has received the signed Quitclaim Deed transferring the property at Lot 15920111; 9Pb; from Mr. Crowther's to Ms. Barling and the original has been sent to the Kenai Recording Office for Recording.

The undersign's efforts to communicate with Ms. Barling has been unsuccessful for the past four weeks.  We have placed calls and numerous messages and she has not communicated with this office.

/

/

/

DATED at Anchorage, Alaska, this 2 day of April, 2008

        s/ Darryl L. Thompson
        841 I Street
        Anchorage, Alaska 99501
        907-272-9322
        907-277-1373 - Fax
        darrylthompson@akdltlaw.com
        Alaska Bar No.8706055

Certificate of Service

I certify that on 4/2/08
a copy of this foregoing document
was served electronically on

Lawrence Albert
P.O. Box 200934
Anchorage, Alaska 99520

C.E. Abeldgaard
Oceanview Enterprises, Inc.
P.O. Box 891
Homer, Alaska 99603

Mark A Nitczynski
U.S. Department of Justice
Environmental Defense Section
999 18th Street, Suite 945
Denver, CO 80202

Richard L. Pomeroy
Assistant U.S. Attorney
District of Alaska
Federal Building & U.S. Courthouse
222 W. 7th Avenue, Room 9
Anchorage, Alaska 99513

s/ Darryl L. Thompson

**LAW OFFICE OF DARRYL L. THOMPSON, P.C.**
**841 I STREET**
**Anchorage, Alaska 99501   Ph: 272-9322   Fax: 277-1373**